EXHIBIT ONE

PLAN OF LAND IN MASHPEE
Whitney & Bassett, Engineers
July 1954

25209 A

Town Line Bound
"1894 D-C"
See Town Boundary
Survey of Barnstable
and Mashpee

Mean High Water Mark

Gooseberry

Island

Punkhorn

Point

POPONESSET "B" BAY

Copy of part of plan
filed in
LAND REGISTRATION OFFICE
Aug 2, 1954
Scale of this plan 80 feet to an inch
C.M. Anderson, Engineer for Court Js
48-1-7

L.A.M.

EXHIBIT TWO

NOT AN OFFICIAL COPY          NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY          NOT AN OFFICIAL COPY

45,720

Statute Form of

Quitclaim Deed

[BY CORPORATION]

FIELDS POINT
MANUFACTURING CORPORATION
(1953)
TO

Mat 6.1  Jr.

STURE NELSON

26 December

_____19

at _____ o'clock and _____ minutes _____ m.

Received and entered with _____

_____ Deeds

Book _____ Page _____

Attest:

_____ Register

FROM THE OFFICE OF

Frederick D. Nichols
7 Water Street
Boston, Massachusetts

HOBBS & WARREN, INC.
PUBLISHERS STANDARD LEGAL FORMS
BOSTON · MASS.
Form BB4

L.C.#25209.

Barnstable Registry District

SEP 30 1953

RECEIVED FOR REGISTRATION
AT 9 O'CLOCK 05 m a M
NOTATION CERTIFICATE No. 1 8 3 5 5
BEING REGISTRATION BOOK 1 31 PAGE 5 5 8
noted on cp. 18360 X

N O T         N O T
A N           A N
O F F I C I A L      O F F I C I A L
C O P Y         C O P Y

N O T    CERTIFICATE    N O T
A N           A N
O F F I C I A L      O F F I C I A L
C O P Y         C O P Y

I, Gerard J. Quinton, hereby certify that I am Secretary of the

Board of Directors of Fields Point Manufacturing Corporation (1953) a

corporation of the State of Rhode Island, and that the following is a

true, correct and complete copy of vote passed at a regular meeting of the

Board of Directors of Fields Point Manufacturing Corporation (1953) duly

held September 15, 1953, at which meeting a quorum was present and acting

throughout, and that said vote is now in full force and effect:

VOTED:    That any one of the following named
individuals be and he hereby is author-
ized and empowered in the name and on
behalf of the corporation, and with the
corporate seal, to negotiate and execute
contracts for the sale of any real es-
tate of the corporation and for the pur-
chase of real estate for the corporation,
and deeds of real estate of the corpora-
tion, upon such terms and conditions, and
in such form as to either of them seems
desirable:

Malcolm G. Chace, Jr.

Arnold B. Chace

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the

seal of Fields Point Manufacturing Corporation (1953) this *22nd* day

of *September* 195

_Gerard J. Quinton_
Secretary of the Board of Directors

_Martin W. McCormick_ Clerk.

FIELDS POINT MANUFACTURING CORPORATION (1953)

a corporation duly established under the laws of Rhode Island
and having its usual place of business @ TProvidence    N O T
A N        County, Massachusetts, for consideration paid,
grants to STURE NELSON married to Florence B Nelson both of 25
Sycamore Street, Norwood Norfolk County, Massachusetts

        N O T              N O T with quitclaim covenants
        A N                A N
the taxable    O F F I C I A L        O F F I C I A L
        C O P Y              C O P Y
        [Description and encumbrances, if any]

A certain parcel of land in Mashpee, Barnstable County, bounded
and described as follows:

A certain island commonly known as Gooseberry Island and bounded on
all sides by Popponesset Bay and shown on Plan numbered 25209A, filed
with original Certificate of Title issued on decree in Land Court Case
No.25209 Fields Point Manufacturing Corporation (1953), the same being
compiled from a plan by Whitney & Barrett, Engineers, dated July 1954,
and addition of data on file in the Land Registration Office, all as
modified and approved by the Court.

See Vote recorded Barnstable Registry of Deeds attached hereto.

   

In witness whereof, the said FIELDS POINT MANUFACTURING CORPORATION (1953)

has caused its corporate seal to be hereto affixed and these presents to be signed, acknowledged and
delivered in its name and behalf by *Arnold B Chace*

its            hereto duly authorized, this   *twenty - second*
day of *September*     in the year one thousand nine hundred and fifty-five
Signed and sealed in presence of

*Fred E Campbell*               FIELDS POINT MANUFACTURING CORPORATION (1953)
                                by *Arnold B Chace*

        STATE OF RHODE ISLAND

Providence    ss.                    *September* 22 1955
Then personally appeared the above named *Arnold B Chace*
and acknowledged the foregoing instrument to be the free act and deed of the FIELDS POINT MANUFACTURING
CORPORATION (1953)

        before me,    *Gerard C Quinter*
                Notary Public — Justice of the Peace

My commission expires *June 30 195*

N O T
A N
O F F I C I A L
C O P Y

N O T
A N
O F F I C I A L
C O P Y

N O T
A N
O F F I C I A L
C O P Y

N O T
A N
O F F I C I A L
C O P Y

## STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

*OFFICE OF THE CLERK OF THE*
*SUPERIOR COURT*

PROVIDENCE, SC.                                        PROVIDENCE, *Sept. 2 3 A. D. 19___*

I, MATTHEW M. McCORMICK, *Clerk of the Superior Court of said State for the Counties of Providence and Bristol, the same being a Court Record and having by law a seal,*

DO HEREBY CERTIFY, *that _____ whose name is subscribed to the annexed certificate was at the time of signing said certificate a NOTARY PUBLIC in and for said State, residing in said County of _____ duly appointed and qualified, and authorized to administer oaths and take depositions and to take the acknowl-edgment or proof of deeds or conveyances of lands, tenements or hereditaments lying in said State and which deeds or conveyances are to be recorded in said State; that I am well acquainted with the handwriting of said _____ _____ and verily believe that the signature to the said Certificate, purporting to be his, is genuine; that the laws of said State do not require the use of a seal by a notary and no copy of a notary's seal is on file or required to be on file in this office.*

*In attestation whereof, I hereunto subscribe my name, and affix the seal of said Court, the day and year above written.*

*Matthew M. McCormick, Clerk.*

EXHIBIT THREE



291537          87996

noted on ctf 18388 x      7K - 36

N O T
A N
O F F I C I A L

7320     0 0 2 5 3 7

N O T
A N
O F F I C I A L
C O P Y

Feb 11 10 12 AM 1982

(Please print or type)

MASSACHUSETTS QUITCLAIM DEED SHORT FORM (INDIVIDUAL) 881

*(left margin, vertical text)* Address of Property:   Island in Poponesset Bay

I, STURE NELSON

of   Norwood, Norfolk                                    County, Massachusetts

being unmarried, for consideration paid, and in full consideration of — nominal —

grants to   ROBERT JAMES NELSON AND DOROTHEA A. NELSON Husband + Wife as TENANTS BY ENTIRETY.

of   14 Spruce Road, Norwood, Mass.                     with quitclaim covenants

the land in Mashpee in the County of Barnstable and Commonwealth of

*(Description and encumbrances, if any)*

Massachusetts, bounded and described as follows:

A certain Island commonly known as Gooseberry Island and
bounded on all sides by Poponesset Bay and shown on plan 25209-A,
the same being compiled from a plan drawn by Whitney & Bassett,
Engineers, dated July 1954, and additional data on file in the
Land Registration Office at Boston, all as modified and approved
by the Court, a copy of a portion of which is filed in Barnstable
County Registry of Deeds in Land Registration Book 135, page 100
with Certificate of Title No. 18360.

For title see Certificate # 18388

Witness my....hand   and seal   this   9th   day of   October   19   81

.......................................................   Sture Nelson

.......................................................

.......................................................

The Commonwealth of Massachusetts

NORFOLK,   ss.                                     October 9   1981

Then personally appeared the above named   Sture Nelson

and acknowledged the foregoing instrument to be   his   free act and deed, before me

.......A. Clinton Kellogg.......
Notary Public — Justice of the Peace
A Clinton Kellogg
My commission expires   10-15-1987

(*Individual — Joint Tenants — Tenants in Common — Tenants by the Entirety.)

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee
and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefor, if not delivered
for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or
encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed.
Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless
it is in compliance with the requirements of this section.

BARNSTABLE   LAND ON PLAN 25209-A WITH 18360

EXHIBIT FOUR



560931 N O T    127604
voted as SK-8796 N    1046-44
Quitclaim Deed

C O P Y

STATUTE FORM

N O T
A N
O F F I C I A L
C O P Y

N O T
A N
O F F I C I A L
C O P Y

N O T
A N
O F F I C I A L
C O P Y

TO

BARNSTABLE COUNTY
REGISTER OF DEEDS
JOHN F. MEADE

Aug 24  3 10 PM '93   RECORDED

Dated, _____ 19____

_____ 19____

at _____ o'clock and _____ minutes _____ m

Received and entered with _____

_____ Deeds

Book _____ Page _____

Attest _____

_____ Register

TUTTLE LAW REGISTERED U.S. PAT OFFICE
TUTTLE LAW PRINT PUBLISHERS DIVISION OF RUTLAND

FORM 281   Rev 8/85

DUNNING, FORMAN, KIRRANE & TERRY
ATTORNEYS AT LAW
ROUTE 28, BOX 560
MASHPEE, MASS 02649

We, Robert James Nelson and Betsy A. Nelson, husband and wife, as tenants by the entirety

NOT                          NOT
AN                           AN
OFFICIAL                     OFFICIAL
COPY                         COPY

of  97 Valley Brook Road, Centerville, MA            Barnstable County, Massachusetts

in consideration of    nominal

NOT                          NOT
AN                           AN
OFFICIAL                     OFFICIAL
COPY                         COPY

grant to    Robert J. Nelson, Jr.

of   251 Franklin Street, Mansfield, MA  02048            with quitclaim covenants

the land in   Mashpee, bounded and described as follows:

A certain Island commonly known as Gooseberry Island and bounded

on all sides by Poponesset Bay and shown on Plan 25209-A dated July, 1954,

drawn by Whitney & Bassett, Engineers, and filed in the Land Registration

Office at Boston, a copy of which is filed in Barnstable County Registry of

Deeds in Land Registration Book 135 Page 100 with Certificate of Title

No. 18360.

For our title see Certificate of Title No.87996

Executed as a sealed instrument this  21st  day of  August  19 92

*Robert James Nelson*
Robert James Nelson

*Betsy A. Nelson*
Betsy A. Nelson

## The Commonwealth of Massachusetts

Barnstable,                      ss.                      Aug. 21, 19 92

Then personally appeared the above named

Robert James Nelson and Betsy A. Nelson

and acknowledged the foregoing instrument to be   their  free act and deed.

Before me,  *Daniel S. Terry*
Daniel S. Terry                        Notary Public
                                       Justice of the Peace
My commission expires  6-14-    19 96

Mash- Gooseberry Island, Pl 25209-A

EXHIBIT FIVE

Doc:1,173,404 09-13-2011 12:44
Ctf#:195170
BARNSTABLE LAND COURT REGISTRY

NOT          NOT
AN           AN
OFFICIAL    OFFICIAL
COPY        COPY

NOT    QUITCLAIM DEED  NOT
AN           AN
OFFICIAL    OFFICIAL
COPY        COPY

I, Robert J. Nelson, Jr., of 251 Franklin Street, Mansfield, Massachusetts 02048,

for no consideration paid, grant to

Robert D. Emmeluth, Trustee of Gooseberry Island Trust, under declaration of trust dated
September 2, 2011, and filed with the Barnstable Registry District of the Land Court herewith as
Document No. 1,173,403 , c/o Boudreau and Boudreau, LLP, 396 North Street, Hyannis,
Massachusetts 02601,

with Quitclaim Covenants,

the land, situated in Mashpee, Barnstable County, Massachusetts, and more particularly
described as follows:

    Being a certain island commonly known as Gooseberry Island and bounded on all sides
by Poponesset Bay and shown on Land Court Plan No. 25209-A, dated July 1954, drawn by
Whitney & Bassett, Engineers, and filed in the Land Registration Office at Boston, a copy of
which is filed with the Barnstable Registry District of the Land Court in Land Registration Book
135, Page 100, with Certificate of Title No. 18360.

    Property Address:  Gooseberry Island, Mashpee, Massachusetts.

    For title, see Certificate of Title No. 127604.

    Witness my hand and seal this _12th_ day of _September_ , 2011.

_Robert J. Nelson, Jr._
Robert J. Nelson, Jr.

COMMONWEALTH OF MASSACHUSETTS

Barnstable, ss:

    On this _12th_ day of _September_ , 2011 before me, the undersigned notary public,
personally appeared Robert J. Nelson, Jr., proved to me through satisfactory evidence of
identification, which was _Driver's License_ , to be the person whose name is signed

N O T
A N
on the preceding or attached document, and acknowledged to me that he signed it voluntarily and
for its stated purpose.   C O P Y

N O T
A N
C O P Y

N O T
A N
JOHN J. ROCHE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS  L
MY COMMISSION EXPIRES MAY 23, 2014
C O P Y

_____, Notary Public

My Commission Expires: _____

2

EXHIBIT SIX

Doc:1,272,958 07-01-2015  3:39
BARNSTABLE LAND COURT REGISTRY

TRUSTEE'S CERTIFICATE
APPOINTMENT, ACCEPTANCE OF TRUSTEE
AND RESIGNATION OF TRUSTEE
FOR GOOSEBERRY ISLAND TRUST

I, Robert D. Emmeluth, of c/o Boudreau and Boudreau, LLP, 396 North Street, Hyannis, Massachusetts 02601, Trustee of Gooseberry Island Trust, under declaration of trust dated September 2, 2011, and filed with the Barnstable Registry District of the Land Court as Document No. 1,173,403, hereby certify that, on the date hereof, _Matthew Hanly_, of _Boston, MA_____, was duly appointed as trustee of the said Gooseberry Island Trust, by unanimous vote of all of the beneficiaries of said trust.

SUBSCRIBED AND SWORN to under the pains and penalties of perjury this _5_ day of _July_____, 20_13_

_Robert D. Emmeluth_
Robert D. Emmeluth

COMMONWEALTH OF MASSACHUSETTS

County of _Barnstable_

On this _5_ day of _July_____, 20_13_, before me, the undersigned notary public, personally appeared Robert D. Emmeluth, proved to me through satisfactory evidence of identification, which was _CTDL_____, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

TARA O'CONNELL
Notary Public
Commonwealth of Massachusetts
My Commission Expires December 19, 2019

_Tara O'Connell_____, Notary Public
My Commission Expires: _12/19/19_

Property:

Gooseberry Island, Mashpee, Massachusetts
Land Court Plan No. 25209-A
Certificate of Title No. 195170

ACCEPTANCE OF TRUSTEE
OF
GOOSEBERRY ISLAND TRUST

I, _Matthew Haney_, of _Boston, MA_ _____,
hereby accept my appointment as trustee of Gooseberry Island Trust, under declaration of trust
dated September 2, 2011, and filed with the Barnstable Registry District of the Land Court as
Document No. 1,173,403, effective this date.

WITNESS my hand and seal this _5_ day of _July_____, 20_13_.

COMMONWEALTH OF MASSACHUSETTS

County of _Barnstable_

On this _5_ day of _July_____, 20_13_ before me, the undersigned notary
public, personally appeared _Matthew Haney_____, proved to me through satisfactory
evidence of identification, which was _MADL_____, to be the person whose
name is signed on the preceding or attached document, and acknowledged to me that he/she
signed it voluntarily for its stated purpose.

TARA O'CONNELL
Notary Public
Commonwealth of Massachusetts
My Commission Expires December 19, 2019

_Tara O'Connell_____, Notary Public
My Commission Expires: _12.19.19_

Property:

Gooseberry Island, Mashpee, Massachusetts
Land Court Plan No. 25209-A
Certificate of Title No. 195170

2

BARNSTABLE REGISTRY OF DEEDS
John F. Meade, Register

EXHIBIT SEVEN

men, instead of causing such horses to be sold, may transfer them to the custody of the charitable society incorporated under the name of Red Acre Farm, Incorporated, or to any other charitable society incorporated in this commonwealth for the prevention of cruelty to animals, or for the care and protection of dumb animals, if the society is willing to accept the custody thereof, to be disposed of in such manner as the said society may deem best; *provided*, that the society upon receiving any such horse shall give a written agreement not to sell the horse or to let the same for hire. If any horse so received shall thereafter be sold or let for hire, the proceeds of such sale or letting shall be the property of the city or town, and custody of the horse shall revert to the city or town. *Proviso.*

SECTION 2. This act shall take effect upon its passage.
*Approved February 27, 1908.*

---

An Act to authorize the construction of three bridges in the town of Mashpee. *Chap.*134

*Be it enacted, etc., as follows:*

SECTION 1. Theodore H. Tyndale, his associates and assigns, are hereby authorized to build and maintain in the town of Mashpee a bridge across Mashpee river from Mashpee neck to the mainland lying westerly therefrom; a bridge from Gooseberry island in Popponesett bay to the mainland lying westerly therefrom; and a bridge from Popponesett island to the mainland lying westerly therefrom: all subject to the provisions of chapter ninety-six of the Revised Laws and in accordance with such plans as may be approved by the board of harbor and land commissioners. *Bridges may be constructed in the town of Mashpee, etc.*

*Certain provisions of law to apply, etc.*

SECTION 2. This act shall take effect upon its passage.
*Approved February 27, 1908.*

---

An Act to include the town of Dana within the first medical examiner district of the county of Worcester. *Chap.*135

*Be it enacted, etc., as follows:*

SECTION 1. The town of Dana is hereby annexed to and made a part of the first medical examiner district of the county of Worcester. *Town of Dana included in first medical examiner district of Worcester county.*

EXHIBIT EIGHT

# Commonwealth of Massachusetts.



3 4 2 5 .

**Whereas,** Theodore H. Tyndale, _____

Boston _____ , in the County of Suffolk _____ and Commonwealth aforesaid, has

been authorized by the General Court, by chapter 134 of the acts of the year 1903 , to con-

struct three bridges _____

and over the tidewaters of Mashpee River and Popponessett Bay, _____

the town _____ of Mashpee _____ in the County of Barnstable _____

and Commonwealth aforesaid; and before beginning said work has given written notice to the Board

Harbor and Land Commissioners of the work intended to be done, and submitted, for the approval of

said Board, Plans showing in detail the location and dimensions of said work, and the mode in which the

same is to be performed; and whereas due notice of said application, and of the time and place fixed for

hearing thereon, has been given, as required by law, to the Selectmen _____

the town _____ of Mashpee _____ ;

**Now,** said Board, having heard all parties desiring to be heard, and having fully considered said

application, hereby approves the Plan for said work hereto annexed, and the mode of performing the same

as shown thereby, and subject to the approval of the Governor and Council hereby authorizes and licenses

said work to be done in accordance therewith, subject to the provisions of the ninety-sixth chapter of the

Revised Laws, and of all laws which are or may be in force applicable thereto.

The work hereby licensed and approved is the construction of

three pile bridges in the town of Mashpee, as follows:   A bridge

across Mashpee River from Mashpee neck to the mainland lying west-

erly therefrom; a bridge from Gooseberry island in Popponessett

Bay to the mainland lying westerly therefrom; and a bridge from

Popponessett island to the mainland lying westerly therefrom, in conformity with the accompanying plan No. 5 4 2 5, which shows the location and method of construction of said bridges.

The clear head room at each bridge shall be not less than five feet above mean high water, and the bridge across Mashpee River shall be built with a draw therein having a clear opening of not less than 30 feet.

This license is granted subject to the laws of the United States.

A duplicate of the aforesaid Plan, numbered 5 4 2 5 _____ , remains on file in the office of said Board, and said work is to be performed under its supervision.

Nothing herein contained shall be so construed as to impair the legal rights of any person. The amount of tidewater displaced by the work aforesaid shall be ascertained by said Board, and compensation therefor shall be made by the said

heirs, successors and assigns, by paying into the treasury of the Commonwealth

cents for each cubic yard so displaced, being the amount hereby assessed by said Board, the same to be reserved as a compensation fund for the harbor of

This license is granted in consideration of the payment into the treasury of the Commonwealth by the

the rights and privileges hereby granted in land of said Commonwealth, of the further sum of

the amount determined by the Governor and Council to be just and equitable therefor.

This license shall be void unless the same, and the accompanying Plan, are recorded, within one year

the date hereof, in the Registry of Deeds for the ———————— District of the County of

arnstable.

**In Witness Whereof,** said Board of Harbor and Land Commissioners have hereunto set their

ds this twenty-second ———————— day of December, ————————

the year nineteen hundred and nine.

Geo. E. Smith

Samuel N. Mansfield

Heman A. Harding

*Harbor and*

*Land*

*Commissioners.*

COMMONWEALTH OF MASSACHUSETTS.

Boston, ———————— 190 .

proved by the Governor and Council.

true copy.
Attest:

Clerk of Board.

EXHIBIT NINE

