UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MATTHEW HANEY**, as Trustee of the Gooseberry Island Trust<br>    Plaintiff<br><br>v.<br><br>**TOWN OF MASHPEE, and JONATHAN FURBURSH, WILLIAM A. BLAISEDELL, SCOTT GOLDSTEIN, NORMAN J. GOULD, BRADFORD H. PITTSLEY, and SHARON SANGELEER, as they are members and are collectively the ZONING BOARD OF APPEALS OF THE TOWN OF MASHPEE**,<br>    Defendants | C.A. No. 1:21-cv-10718-JGD |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), the Defendants Town of Mashpee, Jonathan Fubursh, William A. Blaisedell, Scott Goldstein, Norman J. Gould, Bradford H. Pittsley, and Sharon Sangeleer move this Honorable Court to dismiss the Plaintiff's Complaint with prejudice. Defendants submit herewith a memorandum of law in support of their motion.

1

Respectfully submitted,
DEFENDANTS,
Town of Mashpee, Jonathan Furbush, William A. Blaisedell, Scott Goldstein, Norman J. Gould, Bradford H. Pittsley, and Sharon Sangeleer,
By its attorneys:

/s/ Joseph A. Padolsky
Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Joseph A. Padolsky (BBO #679725)
Email: Jpadolsky@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
617-439-0305
FAX: 617-439-0325

Date: June 30, 2021

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for the Defendants, Town of Mashpee, Jonathan Furbush, William A. Blaisedell, Scott Goldstein, Norman J. Gould, Bradford H. Pittsley, and Sharon Sangeleer, certify that they have conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues in this motion.

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), the Defendants request a hearing on this motion.

## CERTIFICATE OF SERVICE

I, Joseph A. Padolsky, hereby certify that on June 30, 2021, I served the foregoing by causing a copy to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or paper copies will be sent to those indicated as non-registered participants.

*/s/ Joseph A. Padolsky*
Joseph A. Padolsky