# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MATTHEW HANEY, as Trustee of the Gooseberry Island Trust**<br>    Plaintiff<br><br>v.<br><br>**TOWN OF MASHPEE, and JONATHAN FURBURSH, WILLIAM A. BLAISEDELL, SCOTT GOLDSTEIN, NORMAN J. GOULD, BRADFORD H. PITTSLEY, and SHARON SANGELEER, as they are members and are collectively the ZONING BOARD OF APPEALS OF THE TOWN OF MASHPEE**,<br>    Defendants | **C.A. No. 1:21-cv-10718-JGD** |

## MOTION FOR LEAVE TO FILE
## MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4) the Defendant hereby moves this Honorable Court for leave to file a memorandum of law in excess of twenty pages in support of their *Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint*.  As reasons therefore, the Defendant states that a memorandum in excess of twenty (20) pages is necessary to address the complex issues raised in the Plaintiff's Motion.  The Defendants state that an effort was made to attempt to reduce the length of the memorandum to twenty (20) pages.  The Defendant requests that this Honorable Court grant it leave to file a memorandum of law that is twenty-six (26) pages in length.

**Conclusion**

For the above stated reasons, the defendant requests that this Court grant the Defendants' Motion.

Respectfully submitted,
DEFENDANTS,
Town of Mashpee, Jonathan Furbush, William A.
Blaisedell, Scott Goldstein, Norman J. Gould,
Bradford H. Pittsley, and Sharon Sangeleer,
By its attorneys:


   /s/ Joseph A. Padolsky        
Douglas I. Louison (BBO #545191)
Email: Dlouison@lccplaw.com
Joseph A. Padolsky (BBO #679725)
Email: Jpadolsky@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA  02110
617-439-0305
FAX: 617-439-0325

Date:  June 30, 2021

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for the Defendants, Town of Mashpee, Jonathan Furbush, William A. Blaisedell, Scott Goldstein, Norman J. Gould, Bradford H. Pittsley, and Sharon Sangeleer certify that they have attempted to confer with counsel for the Plaintiff in an attempt in good faith to resolve or narrow the issues in this motion.

*/s/ Joseph A. Padolsky*       
Joseph A. Padolsky


## CERTIFICATE OF SERVICE

I, Joseph A. Padolsky, hereby certify that on June 30, 2021, I served the foregoing by causing a copy to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or paper copies will be sent to those indicated as non-registered participants.

*/s/ Joseph A. Padolsky*       
Joseph A. Padolsky