# 1372CV00579 Robert D. Emmeluth Trustee of The Gooseberry Island Trust vs. Town of Mashpee Zoning Board of Appeals et al

- Case Type:
- Real Property
- Case Status:
- Activity Suspended
- File Date
- 11/05/2013
- DCM Track:
- F - Fast Track
- Initiating Action:
- Zoning Appeal, G.L. c. 40A
- Status Date:
- 03/19/2020
- Case Judge:
- 
- Next Event:
- 09/10/2021

| All Information | Party | Event | Tickler | Docket | Linked Case | Disposition |

## Party Information

**Emmeluth, Robert D.**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Revere, III, Esq., Paul |
| | Bar Code |
| | 636200 |
| | Address |
| | Law Office of Paul Revere, III |
| | 226 River View Lane |
| | Centerville, MA  02632 |
| | Phone Number |
| | (508)237-1620 |

**More Party Information**

**Town of Mashpee Zoning Board of Appeals**
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Costello, Esq., Patrick J |
| | Bar Code |
| | 543761 |
| | Address |
| | Louison, Costello, Condon and Pfaff, LLP |
| | 101 Summer St |
| | Fourth Floor |
| | Boston, MA  02110 |
| | Phone Number |
| | (617)439-0305 |

**More Party Information**

**Members of Mashpee Zoning Board of Appeals**
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney |
| | Costello, Esq., Patrick J |
| | Bar Code |
| | 543761 |
| | Address |
| | Louison, Costello, Condon and Pfaff, LLP |
| | 101 Summer St |
| | Fourth Floor |
| | Boston, MA  02110 |
| | Phone Number |

- (617)439-0305

[More Party Information]

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 03/23/2018 09:30 AM | Second Session | Courtroom 3 | Final Pre-Trial Conference | | Canceled |
| 02/01/2019 10:00 AM | Third Session | Courtroom 3 | Final Pre-Trial Conference | | Not Held |
| 03/15/2019 10:30 AM | Third Session | Courtroom 3 | Rule 16 Conference | | Held as Scheduled |
| 09/10/2021 02:00 PM | Second Session | Courtroom 2 | Pre-Trial Conference | Perrino, Hon. Thomas J | |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 11/05/2013 | 02/03/2014 | 90 | 06/04/2015 |
| Answer | 11/05/2013 | 03/05/2014 | 120 | 11/22/2013 |
| Rule 12/19/20 Served By | 11/05/2013 | 03/05/2014 | 120 | 03/05/2014 |
| Rule 12/19/20 Filed By | 11/05/2013 | 04/04/2014 | 150 | 04/04/2014 |
| Rule 12/19/20 Heard By | 11/05/2013 | 05/05/2014 | 181 | 05/04/2014 |
| Rule 15 Served By | 11/05/2013 | 03/05/2014 | 120 | 03/05/2014 |
| Rule 15 Filed By | 11/05/2013 | 04/04/2014 | 150 | 04/04/2014 |
| Rule 15 Heard By | 11/05/2013 | 05/05/2014 | 181 | 05/05/2014 |
| Discovery | 11/05/2013 | 09/01/2014 | 300 | 09/01/2014 |
| Rule 56 Served By | 11/05/2013 | 10/01/2014 | 330 | 03/22/2018 |
| Rule 56 Filed By | 11/05/2013 | 10/31/2014 | 360 | 10/31/2014 |
| Final Pre-Trial Conference | 11/05/2013 | 02/28/2015 | 480 | 03/22/2018 |
| Judgment | 11/05/2013 | 08/27/2015 | 660 | |
| Status Review | 12/09/2014 | 06/09/2015 | 182 | 06/09/2015 |
| Status Review | 07/02/2015 | 09/08/2016 | 434 | 10/20/2016 |
| Status Review | 03/20/2019 | 02/24/2020 | 341 | |
| Status Review | 04/16/2021 | 05/21/2021 | 35 | 05/21/2021 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/05/2013 | Appeal from Mashpee, MA Zoning Board filed | 1 | |
| 11/05/2013 | Origin 1, Type C02, Track F, copy to atty | | |
| 11/05/2013 | Filing fee paid in the amount of $275.00 including $15.00 surcharge and $20.00 security fee. | | |
| 11/18/2013 | Affidavit of written notice pursuant to MGL 40A, sec.17 re:service of complaint by certified mail to all members of the Board of Appeals | 2 | |
| 11/22/2013 | APPEARANCE: Atty Patrick Costello's for Members of Mashpee Zoning Board of Appeals and Mashpee Zoning Board of Appeals | 3 | |
| 11/24/2014 | Plaintiff Robert D. Emmeluth Trustee of The Gooseberry Island Trust's   Motion to stay an action for six months | 4 | |
| 11/24/2014 | Affidavit of No Opposition | 4.1 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 12/09/2014 | Endorsement on Motion to stay an action (#4.0):  ALLOWED<br><br>No opposition<br>Notices sent to BJW, PJC on 12/9/14 | | |
| 06/25/2015 | Plaintiff Robert D. Emmeluth Trustee of The Gooseberry Island Trust's   Motion to stay an action<br><br>by an additional six months. | 5 | |
| 06/25/2015 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Wall, Esq., Brian J (Attorney) on behalf of Robert D. Emmeluth Trustee of The Gooseberry Island Trust (Plaintiff) | 5.1 | |
| 06/25/2015 | Endorsement on Motion to stay an action (#5.0):  ALLOWED<br><br>(no opposition) | | |
| 03/03/2016 | Plaintiff Robert D. Emmeluth Trustee of The Gooseberry Island Trust's   Motion to Extend Stay of Proceedings | 6 | |
| 03/03/2016 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Wall, Esq., Brian J (Attorney) on behalf of Robert D. Emmeluth Trustee of The Gooseberry Island Trust (Plaintiff) | 6.1 | |
| 03/07/2016 | Endorsement on Motion to Extend Stay of Proceedings (#6.0): ALLOWED | | |
| 11/21/2016 | Plaintiff Robert D. Emmeluth Trustee of The Gooseberry Island Trust's  Assented to Motion to extend time for Stay of Proceedings | 7 | |
| 11/22/2016 | Endorsement on Motion to extend time for Stay of Proceedings (#7.0):  ALLOWED<br>Case stayed for an additional 6 months from this date.<br>Notice to KEC, BJW on 11/22/16 | | |
| 06/30/2017 | ORDER sent for Status Review, if notice is not received by 07/31/2017 the complaint will be dismissed. | 8 | |
| 07/14/2017 | Plaintiff Robert D. Emmeluth Trustee of The Gooseberry Island Trust's  Assented to Motion to extend time for Stay of Proceedings | 9 | |
| 07/17/2017 | Endorsement on Motion to stay an action  (#9.0):  ALLOWED<br>copy to: BW,KC 7/18/17 | | |
| 01/24/2018 | Notice to Appear for Final Pre-Trial Conference 3/23/18 @ 10:00 AM Sent TO BW,KC On:  01/24/2018 | 10 | |
| 03/22/2018 | Plaintiff Robert D. Emmeluth Trustee of The Gooseberry Island Trust's  Assented to Motion to continue / reschedule an event 03/23/2018 09:30 AM Final Pre-Trial Conference<br>and Extend Stay of Proceedings. | 11 | Image |
| 03/22/2018 | Endorsement on Motion to continue / reschedule an event and Extend Stay of Proceedings (#11.0): ALLOWED<br>Case stayed until Nov. 1, 2018.<br>Clerk's Notice to BJW and KEC.<br><br>Judge: Perrino, Thomas J | | Image |
| 01/02/2019 | Notice to Appear for Final Pre-Trial Conference 2/1/19 @ 10:00 Sent TO KC,BW On:  01/02/2019 | 12 | |
| 02/01/2019 | Pre-Trial ORDER:<br><br>Pending Motion to consolidate with 1972CV0012. If allowed both cases need a Rule 16 conference, if not, this case needs new Final Pre-trial conference. copy to: BW,KC 2/6/19. | 13 | Image |
| 02/01/2019 | Robert D. Emmeluth Trustee of The Gooseberry Island Trust's MOTION to consolidate with with 1972CV00012 (assented to) filed in the Barnstable County. | 14 | Image |
| 02/08/2019 | Endorsement on Motion to consolidate (#14.0): ALLOWED<br>Clerk's Office to schedule Rule 16 Conference for both cases in March.<br>(See image for endorsement).<br>Clerk's Notice mailed on 02/08/2019 to BJW and KEC.<br><br>Judge: Nickerson, Scott W | | Image |
| 02/11/2019 | Notice to Appear for Rule 16 conference 3/15/19 @ 10:30 sent to BW,KC On:  02/11/2019 | | |
| 03/15/2019 | ORDER: After a Rule 16 scheduling conference, IT IS ORDERED; The case to be Stayed to July 19, 2019. Parties to report on Status on or before that date. Further action to be taken at that time. copy to: MS,JD,LM,BS 3/20/19. | 15 | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 08/22/2019 | Status review notice returned JOINT STATUS REPORT FILED<br><br>Applies To: Connolly, Esq., Kathleen E (Attorney) on behalf of Members of Mashpee Zoning Board of Appeals (Defendant); Wall, Esq., Brian J (Attorney) on behalf of Robert D. Emmeluth Trustee of The Gooseberry Island Trust (Plaintiff) | 16 | Image |
| 09/03/2019 | Endorsement on Submission of JOINT STATUS REPORT (#16.0): Other action taken<br>It is hereby ORDERED that the consolidated actions continue to be stayed until a decision of the Land Court is issued and a determination of the parties is made whether to appeal the Land Courts determination and/or the Superior Court decision in BACV2017-340. If either or both of these matters are appealed, this stay will continue until a decision is issued by the Appellate Court. Copy mailed to KEC, BJW | | Image |
| 06/05/2020 | WITHDRAWAL of APPEARARNCE of Kathleen E Connolly, Esq. as City / Town Counsel for Defendant Town of Mashpee Zoning Board of Appeals | 17 | Image |
| 07/13/2020 | Pleading titled, Plaintiff's motion to withdraw as counsel for plaintiff, filed with the court on 07/13/2020, returned to Brian J Wall, Esq.<br>This matter has been stayed and also, please submit pursuant to Superior Court Rule 9A. | | |
| 07/24/2020 | Rule 9A list of documents filed. | 18 | Image |
| 07/24/2020 | Plaintiff Robert D. Emmeluth Trustee of The Gooseberry Island Trust's Motion to Withdraw as counsel for the plaintiff | 18.1 | Image |
| 07/24/2020 | Affidavit of compliance with Superior Court Rule 9A<br><br>Applies To: Robert D. Emmeluth Trustee of The Gooseberry Island Trust (Plaintiff) | 18.2 | Image |
| 08/03/2020 | Endorsement on Motion of Plaintiff's Counsel to Withdraw (#18.0): ALLOWED<br>Without Opposition, Allowed<br>Notice to BJW, PC on 8/4/20 | | Image |
| 04/16/2021 | ORDER sent for Status Review, if notice is not received by 05/21/2021 the complaint will be dismissed. | 19 | Image |
| 05/21/2021 | Plaintiff Robert D. Emmeluth Trustee of The Gooseberry Island Trust's Notice of Status Review returned from Plaintiff: Need a Pre-trial Conference. | 20 | Image |
| 05/21/2021 | APPEARANCE: On this date Paul Revere, III, Esq. added as Private Counsel for Plaintiff Robert D. Emmeluth Trustee of The Gooseberry Island Trust | 21 | Image |
| 05/25/2021 | Notice to Appear VIA ZOOM PTC 9/10/21 @ 2:00 PM Sent On: 05/25/2021 09:40:16<br>Notice Sent To: Paul Revere, III, Esq. Law Office of Paul Revere, III 226 River View Lane, Centerville, MA 02632<br>Notice Sent To: Patrick J Costello, Esq. Louison, Costello, Condon and Pfaff, LLP 101 Summer St Fourth Floor, Boston, MA 02110 | | |

## Linked Cases

| Link Group | Case # | File Date | Link Role |
|---|---|---|---|
| 1372CV00579 | 1972CV00012 | 01/08/2019 | Related Case |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Active | 11/05/2013 | |