

**TROY WALL ASSOCIATES**
ATTORNEYS AND COUNSELLORS AT LAW
A PROFESSIONAL ASSOCIATION OF INDIVIDUAL PRACTITIONERS*

90 ROUTE 6A, SANDWICH, MASSACHUSETTS 02563
TELEPHONE: (508) 888-5700

ROBERT S. TROY
rst@troywallassociates.com

BRIAN J. WALL
bjw@troywallassociates.com

August 19, 2019

Scott W. Nickerson, Clerk
Barnstable Superior Court
Civil Clerk's Office
P.O. Box 425
Barnstable, MA 02630

Re: Robert D. Emmeluth, Trustee v. Mashpee Zoning Board of Appeals
Docket No. BACV2012-579
Consolidated With
Matthew Haney, Trustee, et al. v. Mashpee Zoning Board of Appeals
Docket No. 1972CV00012

Dear Mr. Nickerson:

Please find enclosed for filing and docketing a Joint Status Report regarding the above-referenced consolidated actions.

Thank you for your assistance with this matter.

Very truly yours,

Brian J. Wall

Enclosure
Cc:   Clients
      Kathleen Connolly, Esq.

*EACH ATTORNEY IN THIS OFFICE IS AN INDEPENDENT PRACTITIONER WHO IS NOT RESPONSIBLE FOR
THE PRACTICE OR THE LIABILITY OF ANY OTHER ATTORNEY IN THE OFFICE

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS.                                                               SUPERIOR COURT
                                                                                          No. BACV2013-579

ROBERT D. EMMELUTH, TRUSTEE )
of the GOOSEBERRY ISLAND TRUST, )
                 Plaintiff, )

v.                                                            )       **JOINT STATUS REPORT**

JONATHAN D. FURBUSH, WILLIAM A. )
BLAISEDELL, RONALD S. BONVIE, )
DOMINGO K. DeBARROS, RICHARD )
JODKA, JUDITH M. HORTON, AND )
JAMES REIFFARTH as they are Members )
of the MASHPEE ZONING BOARD OF )
APPEALS, and THE MASHPEE ZONING )
BOARD OF APPEALS, )
                 Defendants. )

**CONSOLIDATED WITH**

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, SS.                                                               SUPERIOR COURT
                                                                                          No.  1972CV00012

MATTHEW HANEY, TRUSTEE OF THE )
GOOSEBERRY ISLAND TRUST AND )
MATTHEW HANEY, TRUSTEE OF THE )
SN TRUST, )
               Plaintiffs )

v. )

JONATHAN FURBUSH, WILLIAM A. )
BLAISEDELL, SCOTT GOLDSTEIN, )
NORMAN J. GOULD, BRADFORD H. )

1

PITTSLEY, and SHARON SANGELEER,   )
as they are the MASHPEE ZONING BOARD  )
OF APPEALS, and the MASHPEE ZONING  )
ZONING BOARD OF APPEALS,   )
              Defendants,   )
                                          )

Now come parties in the above-entitled matter, the Plaintiff, Gooseberry Island Trust ("Trust"), and the Defendant, the Mashpee Zoning Board of Appeals ("Board"), and respectfully submit this status report.

These consolidated actions are appeals of decisions by the Board denying the Trust's application for variances from three provisions of the Mashpee Zoning Bylaw that are necessary to make Gooseberry Island, and island owned by the Trust, eligible for a building permit.

On March 15, 2019, the Court issued an Order, at the Parties' request, staying the cases until further Order of the Court.

The Order was entered because the ability of the Trust to construct a house on the island is, in addition to obtaining the zoning variances that are the subject of this appeal, related to the outcomes in two other pending civil actions.

The first action is a Land Court case involving a title dispute over a strip of land on the mainland across from the island. The Trust's ownership of the land is necessary to its bridge project as the land will serve as a location for the mainland end of a proposed bridge to the island. The title dispute was tried before the Land Court and the matter is currently under advisement.

2

The second action is a M.G.L. c. 30A appeal of a decision of the Department of Environmental Protection. (<u>Matthew Haney, Trustee of Gooseberry Island Trust v. Department of Environmental Protection, et al</u>, Barnstable Superior Court Docket No. 1772CV00340). The Superior Court issued a decision on August 1, 2019. The decision was adverse to the Trust as it affirmed the DEP's denial superseding order of conditions rejecting the bridge proposal. The Trust is currently considering its options, including an appeal.

It is in the interests of the parties that these zoning appeals remain stayed until the title dispute action and the DEP appeal are fully resolved.

Dated: August 19, 2019

Respectfully submitted,
The Plaintiff,
Gooseberry Island Trust,
By its Attorney,

Brian J. Wall
BBO No. 560063
Troy Wall Associates
90 Route 6A
Sandwich, MA 02563
(508) 888-5700
bjw@troywallassociates.com

The Defendant,
Mashpee Zoning Board of Appeals,
By its Attorney,

*Kathleen Connolly (By JS)*
Kathleen Connolly, Esq.
Louison, Costello, Condon & Pfaff LLP
101 Summer Street, FL 4
Boston, MA 02110
617-439-0305
617-307-5051 (direct)
kconnolly@lccplaw.com

4

| **CLERK'S NOTICE** | DOCKET NUMBER<br>**1372CV00579** | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|
| CASE NAME:<br>Robert D. Emmeluth Trustee of The Gooseberry Island Trust vs. Town of Mashpee Zoning Board of Appeals et al | | Scott W. Nickerson, Clerk of Court<br>Barnstable County |
| TO:<br>Kathleen E Connolly, Esq.<br>Louison, Costello, Condon & Pfaff LLP<br>101 Summer St<br>Boston, MA 02110 | | COURT NAME & ADDRESS<br>Barnstable County Superior Court<br>3195 Main Street<br>Barnstable, MA 02630 |

You are hereby notified that on 03/22/2018 the following entry was made on the above referenced docket:

Endorsement on Motion to continue / reschedule an event and Extend Stay of Proceedings (#11.0): ALLOWED
Case stayed until Nov. 1, 2018.

Judge: Perrino, Thomas J

| DATE ISSUED<br>03/22/2018 | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br>**Thomas J Perrino** | SESSION PHONE#<br>**(508)375-6684** |
|---|---|---|

Date/Time Printed: 03-22-2018 13:42:05          SCV016_X1\ 08/2014