# 14 MISC 486868 Town of Mashpee v. Robert D. Emmeluth Trustee of SN Trust, et al. LONG

- Case Type:
- Miscellaneous

- Case Status:
- Closed

- File Date
- 10/03/2014

- DCM Track:

- Initiating Action:
- MTB - Try Title, G.L. Chapter 240, § 1 - 5

- Status Date:
- 10/10/2019

- Case Judge:
- Long, Hon. Keith C.

- Next Event:

### Property Information

Punkhorn Point Marsh
Mashpee

---

All Information | Party | Event | Docket | Financial | Receipt | Disposition

### Party Information

**Town of Mashpee**
- Plaintiff

**Party Attorney**
- Attorney
- Connolly, Esq., Kathleen E
- Bar Code
- 558706
- Address
- Town of Barnstable
  367 Main St
  Hyannis, MA  02601
- Phone Number
- (508)862-4620
- Attorney
- Costello, Esq., Patrick J
- Bar Code
- 543761
- Address
- Louison, Costello, Condon and Pfaff, LLP
  101 Summer St
  Fourth Floor
  Boston, MA  02110
- Phone Number
- (617)439-0305
- Attorney
- Hassell, Esq., Alexandra
- Bar Code
- 694480
- Address
- Wilchins Cosentino and Novins LLP
  20 William St
  Suite 130
  Wellesley, MA  02481
- Phone Number
- (781)235-5500

**More Party Information**

**Emmeluth, Robert D.**
- Defendant

**Party Attorney**
- Attorney

- Fanning, Esq., Megan Ann
- Bar Code
- 688691
- Address
- Fidelity National Title Group
  265 Franklin St 8th Floor
  Boston, MA  02110
- Phone Number
- (617)619-4800
- Attorney
- Whitaker, Esq., Douglas L
- Bar Code
- 624949
- Address
- Fidelity National Law Group
  125 High St
  Suite 1813
  Boston, MA  02110
- Phone Number
- (617)316-0143
- Attorney
- Willis, Esq., John Fitzgerald
- Bar Code
- 649284
- Address
- Fidelity National Law Group
  125 High St
  Suite 1813
  Boston, MA  02110
- Phone Number
- (617)316-0144

[More Party Information]

**Grant, Mary**
- Defendant

**Party Attorney**

[More Party Information]

**Orange, Stephen**
- Defendant

**Party Attorney**

[More Party Information]

**Orange, Crystal**
- Defendant

**Party Attorney**

[More Party Information]

**Haney, Matthew**
- Interested Party

**Party Attorney**
- Attorney
- Englander, Esq., Edward Steffens
- Bar Code
- 154540
- Address
- Englander and Chicoine, P.C.
  One Boston Place
  26th Floor
  Boston, MA  02108
- Phone Number
- (617)723-7440

[More Party Information]

## Events

| Date | Type | Event Judge | Result |
|---|---|---|---|
| 11/06/2014 10:30 AM | Case Management Conference | Foster, Hon. Robert B. | Rescheduled |
| 11/12/2014 10:45 AM | Case Management Conference | Foster, Hon. Robert B. | Rescheduled |
| 11/24/2014 02:50 PM | Case Management Conference | Piper, Hon. Gordon H. | Rescheduled |

| Date | Type | Event Judge | Result |
|---|---|---|---|
| 12/16/2014 02:30 PM | Case Management Conference | Piper, Hon. Gordon H. | Case Management Conference held |
| 08/13/2015 10:00 AM | Status Conference | Piper, Hon. Gordon H. | Status Conference held. |
| 08/13/2015 10:00 AM | Motion | Piper, Hon. Gordon H. | Motion allowed |
| 12/29/2015 10:00 AM | Motion | Piper, Hon. Gordon H. | Held |
| 05/09/2016 09:30 AM | Status Conference | Long, Hon. Keith C. | Status Conference held. |
| 08/30/2016 10:00 AM | Motion | Long, Hon. Keith C. | Hearing held. Order issued |
| 09/20/2016 09:30 AM | Status Conference | Long, Hon. Keith C. | Rescheduled |
| 10/20/2016 11:00 AM | Status Conference | Long, Hon. Keith C. | Status Conference held. |
| 05/30/2017 11:00 AM | Pre-Trial Conference | Long, Hon. Keith C. | Pre-Trial Conference held. |
| 06/05/2017 09:00 AM | Trial | Long, Hon. Keith C. | Trial held. |
| 06/06/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Trial held. |
| 06/07/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Trial held. |
| 06/08/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Trial held. |
| 06/09/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 06/12/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 06/13/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 06/14/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 06/15/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 08/29/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Trial held. |
| 08/30/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 01/25/2018 10:00 AM | Ongoing Trial | Long, Hon. Keith C. | Rescheduled |
| 01/30/2018 11:00 AM | Ongoing Trial | Long, Hon. Keith C. | Held - Trial Ends |

## Docket Information

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 10/03/2014 | Case assigned to the Average Track per Land Court Standing Order 1:04. | | |
| 10/03/2014 | Land Court surcharge Receipt: 312704 Date: 10/03/2014 | $15.00 | |
| 10/03/2014 | Land Court miscellaneous filing fee Receipt: 312704 Date: 10/03/2014 | $240.00 | |
| 10/03/2014 | Complaint filed. | | |
| 10/03/2014 | Land Court summons Receipt: 312704 Date: 10/03/2014 | $15.00 | |
| 10/03/2014 | Uniform Counsel Certificate for Civil Cases filed by Plaintiff. | | |
| 10/09/2014 | The case has been assigned to the A Track.  Notice sent. | | |
| 10/09/2014 | Event Scheduled<br><br>Event: Case Management Conference<br><br>Date: 11/06/2014  Time: 10:30 AM<br><br>(Notice was sent to Atty. Patrick J. Costello.)<br>Result: Event Rescheduled. | | |
| 10/10/2014 | Summons returned to Court with service on Robert D. Emmeluth Trustee of SN Trust filed. | | |
| 10/22/2014 | Joint Motion of the Parties to Extend Response Filing Deadline and to Reschedule Case Management Conference, filed. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 10/24/2014 | Joint Motion of the Parties to Extend Response Filing Deadline and to Reschedule Case Management Conference ALLOWED.  Response date extended to November 7, 2014.  Case Management Conference continued to November 12, 2014 at 10:45 am.<br><br>(Notice of docket entry sent to Atty. Patrick Costello and to Matthew Haney) | | |
| 10/27/2014 | Event Resulted<br><br>The following event: Case Management Conference scheduled for 11/06/2014 10:30 AM has been resulted as follows:<br><br>Result: Event Rescheduled to November 12, 2014 at 10:45 am. | | |
| 10/27/2014 | Event Scheduled<br><br>Event: Case Management Conference<br><br>Date: 11/12/2014  Time: 10:45 AM<br>Result: Event Rescheduled. | | |
| 10/28/2014 | Event Resulted<br>The following event: Case Management Conference scheduled for 11/12/2014 10:45 AM has been resulted as follows:<br>Result: Event Rescheduled.<br>Appeared: | | |
| 10/28/2014 | Case Reassigned to Judge Piper. | | |
| 10/28/2014 | The case has been assigned to the A Track.  Notice sent. | | |
| 10/28/2014 | Event Scheduled<br><br>Event: Case Management Conference<br><br>Date: 11/24/2014  Time: 02:50 PM<br><br>(Notice of Reassignment Sent to Patrick J. Costello)<br>Result: Event Rescheduled. | | |
| 11/07/2014 | Joint Motion of the Parties to Extend Response Filing Deadline up and to November 17, 2014, filed. | | |
| 11/12/2014 | Assented-to Motion to Extend Time to File an Answer or Other Responsive Pleading and to Continue the Case Management Conference filed. | | |
| 11/12/2014 | Appearance of John Fitzgerald Willis, Esq., Douglas L. Whitaker, Esq., Megan Ann Fanning, Esq. for Robert D. Emmeluth Trustee of SN Trust, filed | | |
| 11/20/2014 | Assented-to Motion to Extend Time to File an Answer or Other Responsive Pleading by December 1, 2014, and to Continue the Case Management Conference, ALLOWED. | | |
| 11/20/2014 | Event Resulted<br>The following event: Case Management Conference scheduled for 11/24/2014 02:50 PM has been resulted as follows:<br>Result: Event Rescheduled. | | |
| 11/20/2014 | Event Scheduled<br>Event: Case Management Conference<br>Date: 12/16/2014  Time: 02:30 PM<br><br>(Notice Sent to Attorneys Patrick J. Costello, John Fitzgerld Willis, and Brian M. Hurley)<br>Result: Case Management Conference held | | |
| 11/20/2014 | Amended Complaint filed. | | |
| 11/26/2014 | Town of Mashpee's First Amended Petition to Try Title Under G.L.c. 240, sec. 1, filed | | |
| 12/05/2014 | Defendant, Robert D. Emmeluth Trustee of SN Trust's Answer to Amended Petition to Try Title Under G.L. c. sec.1, and Counterclaim, filed. | | |
| 12/09/2014 | Joint Case Management Conference Statement, filed. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 12/16/2014 | Case Management Conference Held<br>The following event: Case Management Conference scheduled for 12/16/2014 02:30 PM has been resulted as follows:<br><br>Result: Case Management Conference Held. Early Intervention Event Held. Attorneys Costello, Hurley, and Willis Appeared. Town of Mashpee Will Amend Complaint Add Counts, Including Request for Declaratory Judgment under G.L. c. 231A and to Quiet Title, in Addition to Count Currently Pending under Try Title Statute, G.L. c. 240, §§ 1-5. Town's Amended Complaint to Be Filed and Served by December 31, 2014. Counsel for Private Parties Indicate Willingness on the Part of Their Clients to Attend Mediation Session. By December 31, 2014 Counsel to File Joint Report Indicating Mediation Session Has Been Scheduled, Naming Mediation Provider, Identity of Neutral, and Date of Session. Report to Include Town's Position on Whether, and to What Extent (and on What Conditions), it Will Participate in Mediation. If Parties Have Not Scheduled Mediation by December 31, 2014, Court May Order Parties to Mediation Screening. If Mediation Does Not Resolve All Issues in this Case, Discovery to Close May 1, 2015. By Close of Discovery, Parties to Submit Joint Report Stating That Discovery Is Complete, Detailing What Discovery Has Been Taken, and Which Either (1) Reports Intent to File Dispositive Motion(s), Indicates Who First Will File, and as to What Issue(s); Such Motion to Be Filed by June 1, 2015, Land Court Rule 4 to Govern Timing and Content of That and Subsequent Filings; or (2) If No Party Intends to File Dispositive Motion, Parties to Request Pretrial Conference.<br><br>(Notice of Docket Entry Sent to Attorneys Patrick J. Costello, Brian M. Hurley, and John F. Willis) | | |
| 12/16/2014 | Alternative Dispute Resolution:  Early Intervention Event held. | | |
| 12/19/2014 | Town of Mashpee's Second Amended Petition, filed. | | |
| 12/24/2014 | First Report of the Parties, filed. Because of the Prospect of Resoloving this Case Amicably in the Near Future, and in Order to Avoid Unnecessary Litigation Expenses, the Parties Expect to Hold off on Formal Discovery and Motions until the Town of Mashpee Responds to the Proposed Settlement. That is Expected to Happen sometime in January 2015. After the Town of Mashpee Responds to the Proposed Settlement, the Parties will Determine Whether to Mediate. | | |
| 01/09/2015 | Answer of Defendant, Robert D. Emmeluth, Trustee of SN Trust, to Second Amended Petition, filed. | | |
| 01/15/2015 | Plaintiff/Defendant-in-Counterclaim, Town of Mashpee's Answer to Defendant's Counterclaim filed. | | |
| 05/21/2015 | Joint Motion to Extend Discovery and Summary Judgment Deadlines, filed. | | |
| 05/21/2015 | Joint Report of the Parties, filed. | | |
| 07/27/2015 | Scheduled<br>Event: Status Conference<br>Date: 08/13/2015  Time: 10:00 AM<br><br>(Notice Sent to Attorneys Patrick J. Costello, Brian M. Hurley, and John F. Willis)<br>Result: Status Conference held. | | |
| 08/06/2015 | Assented-to Motion to Consolidate Pursuant to Mass. R. Civ. P. 42(a) with Misc. Case No. 14 MISC 487495 - Wolpe v. Emmeluth, filed. | | |
| 08/06/2015 | Scheduled<br>Event: Assented-to Motion to Consolidate Pursuant to Mass. R. Civ. P. 42(a) with Misc. Case No. 14 MISC 487495 - Wolpe v. Emmeluth<br>Date: 08/13/2015  Time: 10:00 AM<br>Result: Motion allowed | | |
| 08/13/2015 | Event Resulted<br>The following event: Status Conference scheduled for 08/13/2015 10:00 AM has been resulted as follows:<br>August 13, 2015. Status Conference Held. Hearing Held on Motion to Amend, Motion to Consolidate, and Motion to Substitute Party. Attorneys Bowen, Costello, Hurley, Fanning, and Willis Appeared. Motion to Consolidate is ALLOWED Without Objection; Case Nos. 14 MISC 486868 and 14 MISC 487495 Are CONSOLIDATED for Case Management Purposes, However, Court Did Not Rule on the Question Whether These Cases Should Be Tried Together until Discovery Is Complete and the Commonality of the Factual Issues Is Made Clearer. Assented-to Motion to Substitute Matthew Haney for Robert Emmeluth as Trustee of SN Trust ALLOWED. Motion for Leave to File Third Amended Complaint ALLOWED Without Objection; Third Amended Complaint Accepted for Filing this Day. By August 27, 2015, Plaintiffs Wolpe to Complete Service of Third Amended Complaint on All Known, Ascertained Parties, and to File and Serve Motion for Service by Publication (Supported by Affidavit of Diligent Search) Against All Unascertained Parties. Discovery to Close December 31, 2015. By Close of Discovery, Parties to Submit Joint Report Stating That Discovery Is Complete, Detailing What Discovery Has Been Taken, and Which Either (1) Reports Intent to File Dispositive Motion(s), Indicates Who First Will File, and as to What Issue(s); Such Motion to Be Filed by January 31, 2016, Land Court Rule 4 to Govern Content of That Filing and Timing and Content of Subsequent Filings; or (2) If No Party Intends to File Dispositive Motion, Parties to Request Pretrial Conference. (Piper, J.)<br><br>(Notice sent to Attorneys Brian M. Hurley, John E. Bowen, John F. Willis, Megan A. Fanning and Patrick J. Costello) | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 08/13/2015 | Event Resulted<br>The following event: Motion scheduled for 08/13/2015 10:00 AM has been resulted as follows:<br>Result: Motion allowed<br>Appeared: | | |
| 08/24/2015 | Motion for Issuance of Letter Rogatory and Order of Commission filed. | | |
| 08/25/2015 | Letter rogatory to Sagadahoc County Maine Superior Court for deposition of Bonaday Beck, issued | | |
| 08/25/2015 | Motion for Issuance of Letter Rogatory and Order of Commission allowed. No party objections and it appearing proper to do so, the motion is allowed. Letter Rogatory to issue. | | |
| 08/28/2015 | Affidavit of Service filed. | | |
| 09/04/2015 | Notice of Voluntary Dismissal of Action Against Rosemary Vayanos Wade, filed.. | | |
| 09/15/2015 | Answer of Matthew Haney, Trustee of SN Trust, to Third Amended Complaint of Robert A. Wolpe, Michelle A, Wolpe, James C. Atkins, Jr., John J. Weltman and Webster Bank, N.A. and Counterclaim of Matthew Haney, Trustee of SN Trust, Against Robert A. Wolpe, Michelle A. Wolpe, James C Atkins, Jr., John J. Weltman and Webster Bank, N.A. filed. | | |
| 09/18/2015 | Answer to Counterclaim of Matthew Haney filed. | | |
| 12/22/2015 | Motion to Withdraw Appearance filed. | | |
| 12/23/2015 | Scheduled<br>Event: Motion to Withdraw Appearance<br>Date: 12/29/2015  Time: 10:00 AM<br>Result: Event Held | | |
| 12/29/2015 | Defendant and Counterclaim Plaintiff Matthew Haney's Trustee of SN Trust, Motion to Extend Discovery and Dispositive Motion Deadlines filed in Court. | | |
| 12/29/2015 | Event Resulted<br>The following event: Motion scheduled for 12/29/2015 10:00 AM has been resulted as follows:<br>Result:  December 29, 2015. Hearing held on motion to withdraw filed by Attorneys Heffernan, Long, and Berardi, of Robinson and Cole, current counsel for defendant Haney, trustee. Attorneys Hurley, Heffernan, Feeherry, and Zankowski appeared. In light of appearance, filed today, of Attorney Zankowski on behalf of defendant Haney, motion to withdraw is moot and no leave is required for the withdrawals, which will be treated as fully effective. Mass. R. Civ. P. 11(c). By January 13, 2016, counsel to confer with their clients, and parties to report in writing whether they have any objections to the Land Court Justice to whom this case is assigned (Piper, J.) continuing to preside in this case; even absent objection, court may assign this case to different Land Court Justice. Without objection, discovery extended to January 31, 2016 while counsel confer and report their views on additional time, if needed, to complete discovery and file dispositive motions. Joint written report to be filed by January 22, 2016. Upon receipt, court to schedule further status and scheduling conference, if indicated. (Piper, J.) SMM, law clerk.<br><br>(Copies sent to Attorneys Kendra Berardi, Anthony Feeherry, Danielle Long, Lawrence Heffernan, Doreen Zankowski and Brian Hurley) | | |
| 02/16/2016 | Court is in receipt of parties' report dated January 22, 2016. Report is APPROVED. Request for additional discovery is ALLOWED. Discovery to close May 2, 2016, by which date, parties are to file a further joint report confirming that discovery is complete, detailing what discovery has been taken, and which either (1) reports intent to file dispositive motion(s), indicates who first will file, and as to what issue(s); first such motion to be filed by June 6, 2016, Land Court Rule 4 to govern content of that filing and timing and content of subsequent filings; or (2) if no party intends to file dispositive motion, parties to request Pretrial Conference.<br><br>Notice sent to all parties. | | |
| 02/25/2016 | Scheduled<br>Event: Status Conference<br>Date: 05/09/2016  Time: 9:30 AM | | |
| 02/26/2016 | Notice of Reassignment of Case. Case reassigned from Judge Piper to Judge Long. | | |
| 04/14/2016 | Appearance of Edward Steffens Englander, Esq., Shannon F. Slaughter, Esq. for Matthew Haney Trustee for the SN Trust for Robert Emmeluth, filed | | |
| 04/14/2016 | Motion to Extend Tracking Order Discovery Deadline filed. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 05/09/2016 | Event Resulted<br>The following event: Status Conference scheduled for 05/09/2016 09:30 AM has been resulted as follows:<br><br>Result:   May 9, 2016:  "Status Conference held.  Due to the recusal of the previously presiding judge, The Honorable Keith C. Long is now presiding over these consolidated matters, which involve a dispute over title to marshland located in the Town of Mashpee.  All parties claim an interest in at least a portion of the marshland.  The defendant, Matthew Haney, Trustee of SN Trust, seeks to construct a bridge over the marshland for access to an island off the coast that he intends to develop.  The Town of Mashpee (in Land Court Case No. 14 MISC 486868 (KCL)), as well as the owners and a mortgagee of property adjacent to the marshland (in Land Court Case No. 14 MISC 487495 (KCL)), dispute the defendant's right to do so.<br>The parties also dispute the precise location of the marshland, an issue complicated by their inability thus far to locate the plan defining the marshland boundaries.  They contend that additional fact investigation is necessary to clarify the nature of their respective interests in the marshland, if any, and the positions they will ultimately take in the case.  They agree that this matter is highly fact-sensitive and thus unlikely to be resolved by way of summary judgment.<br>The docket reflects a motion to extend discovery was filed on April 14, 2016, however, the court's file does not include a copy and, therefore, the plaintiff shall provide one to the court.  The parties assented to the motion and thus the discovery period was extended to September 9, 2016.  A Status Conference was scheduled for September 20, 2016 at 9:30 am.  SO ORDERED."  (Long, J.)<br><br>(Notice of Above Docket Entry Sent to Attorneys Alexandra Hassell, Brian Hurley, John Bowen, Edward Englander, Shannon Slaughter and Anthony Feeherry) | | |
| 05/09/2016 | Scheduled<br>Event: Status Conference<br>Date: 09/20/2016  Time: 09:30 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Edward Englander, John Willis and Alexandra Hassell. | | |
| 05/09/2016 | Appearance of Alexandra Hassell, Esq. for Town of Mashpee, filed | | |
| 07/25/2016 | Notice of Voluntary Dismissal of Action Against Arnold B. Chace, Jr filed. | | |
| 08/25/2016 | Motion to Quash Deposition Subpoena (of George Green) filed. | | |
| 08/25/2016 | Memorandum of Law in Support of Motion to Quash Deposition Subpoena (of George Green) filed. | | |
| 08/25/2016 | Limited Apperance of Marc C. Tilden, Esq. filed. | | |
| 08/26/2016 | Scheduled<br>Event: Motion<br>Date: 08/30/2016  Time: 10:00 AM | | |
| 08/29/2016 | Opposition to Motion to Quash Subpoena of George "Chuckie" Green filed. | | |
| 08/30/2016 | Motion in Response to Defendants' Opposition to Motion to Quash Subpoena filed. | | |
| 08/30/2016 | Motion to Quash Deposition Subpoena (of Jessie Little Doe Baird) filed. | | |
| 08/30/2016 | Memorandum of Law in Support of Motion to Quash Deposition Subpoena filed. | | |
| 08/30/2016 | Event Resulted<br>The following event: Motion scheduled for 08/30/2016 10:00 AM has been resulted as follows:<br>Result: Hearing held.  Order issued | | |
| 08/31/2016 | Letter to Court with Cases filed. | | |
| 08/31/2016 | Memorandum and Order on Non-Party Witnesses George Green and Jessie Little Doe Baird's Motions to Quas Deposition, issued.  (Copies Emailed and Mailed to Attorneys Brian M. Hurley, Edward S. Englander, Anthony M. Feeherry, Patrick J. Costello and Mark C. Tilden) | | |
| 09/06/2016 | Assented To Motion to Extend Discovery Deadline and Continue Status Conference filed and ALLOWED. The status conference is rescheduled to October 20, 2016 at 11:00 a.m. | | |
| 09/07/2016 | Event Resulted<br>The following event: Status Conference scheduled for 09/20/2016 09:30 AM has been resulted as follows:<br>Result: Event Rescheduled. | | |
| 09/07/2016 | Scheduled<br>Event: Status Conference<br>Date: 10/20/2016  Time: 11:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis, Doreen Zankowski and Alexandra Hassell. | | |
| 09/21/2016 | Withdrawal of Doreen M Zankowski, Esq. for Matthew Haney Trustee for the SN Trust for Robert Emmeluth, filed | | |
| 09/22/2016 | Assented To Motion to Extend Discovery Deadline filed and ALLOWED. | | |
| 09/26/2016 | Assented To Motion To Extend Discovery Deadline filed. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 10/20/2016 | Event Resulted<br>The following event: Status Conference scheduled for 10/20/2016 11:00 AM has been resulted as follows:<br>Result: Status Conference held. | | |
| 12/21/2016 | Scheduled<br>Event: Trial<br>Date: 06/05/2017  Time: 09:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis and Alexandra Hassell. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/06/2017  Time: 09:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis and Alexandra Hassell. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/07/2017  Time: 09:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis and Alexandra Hassell. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/09/2017  Time: 09:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis and Alexandra Hassell. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/08/2017  Time: 09:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis and Alexandra Hassell. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/12/2017  Time: 09:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis and Alexandra Hassell. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/13/2017  Time: 09:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis and Alexandra Hassell. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/14/2017  Time: 09:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis and Alexandra Hassell. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/15/2017  Time: 09:00 AM<br>Notice sent to attorneys Douglas Whitaker, Shannon Slaughter, Megan Fanning, Edward Englander, Patrick Costello, John Willis and Alexandra Hassell. | | |
| 04/12/2017 | Notice of Voluntary Dismissal of Action Against the Trustees of Reservations filed. | | |
| 04/19/2017 | Scheduled<br>Event: Pre-Trial Conference<br>Date: 05/30/2017  Time: 11:00 AM | | |
| 05/24/2017 | Joint Pre-Trial Memorandum filed. | | |
| 05/30/2017 | Pre-Trial Conference held.<br>The following event: Pre-Trial Conference scheduled for 05/30/2017 11:00 AM has been resulted as follows:<br>Result: Pre-Trial Conference held. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 06/01/2017 | Notice of Docket Entry. Pre-trial conference held with counsel for plaintiffs Robert Wolpe, Michelle Wolpe, James Atkins, and John Weltman, counsel for plaintiff Town of Mashpee, and counsel for defendant Matthew Haney, Trustee of the SN Trust in attendance.<br>Counsel confirmed that the case is ready for trial and described their respective clients' claims to the marshland at issue (the so-called "hay and meadow" land, which the parties agree was severed and conveyed - "set off" - separately from the upland).  The Wolpe, Atkins, and Weltman plaintiffs contend that they have record title to the marshland in front of their house lots and, to the extent that they do not, have adversely possessed that land under color of title.  The town claims that it has record title to a different approximately three acre parcel of the marshland.  The defendant trust disagrees with the plaintiffs and contends that it has record title to all of the marshland at issue.<br>     The trial will take place June 5-9, 2017 at the Barnstable County Superior Court and will start at 9:00 a.m. each day.  If necessary, the trial will continue at the Land Court in Boston from June 13-15.  The court will schedule a future trial date to accommodate the testimony of the plaintiffs' witness who is recovering from recent eye surgery and is scheduled to have another surgery shortly before the scheduled trial dates.  The court will take a view of the property during the week of June 5 on a date to be determined. The court will address any in limine motions, in context, during the course of the trial when the evidence is offered and an appropriate objection raised.  SO ORDERED.<br>Notice of docket entry sent to attorneys Kathleen Connelly, Edward Englander, Shannon Slaughter, John Bowen, Brian Hurley, Patrick Costello and Alexandra Hassell. | | |
| 06/05/2017 | Event Resulted<br>The following event: Trial scheduled for 06/05/2017 09:00 AM has been resulted as follows:<br>Result: Trial held. | | |
| 06/06/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/06/2017 09:00 AM has been resulted as follows:<br>Result: Trial held. | | |
| 06/07/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/07/2017 09:00 AM has been resulted as follows:<br>Result: Trial held. | | |
| 06/08/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/09/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/09/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/12/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/09/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/13/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/09/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/14/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/09/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/15/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/13/2017 | Transcript of Excerpt of Testimony of John Troy Dated June 7, 2017 (Day Three), filed. | | |
| 07/28/2017 | Scheduled<br>Event: Ongoing Trial<br>Date: 08/29/2017  Time: 09:00 AM | | |
| 07/28/2017 | Scheduled<br>Event: Ongoing Trial<br>Date: 08/30/2017  Time: 09:00 AM | | |
| 07/31/2017 | Defendant Mary Grant, Stephen Orange, Crystal Orange defaulted pursuant to Mass. R.Civ. P. 55(a). (Patterson, Rec.) | | |
| 08/04/2017 | Transcripts of (Day One) Monday, June 5, 2017  (Day Two) Tuesday, June 6, 2017 and (Day Three) Wednesday, June 7, 2017, filed. | | |
| 08/29/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 08/29/2017 09:00 AM has been resulted as follows:<br>Result: Trial held. | | |
| 08/30/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 08/30/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 09/01/2017 | Scheduled<br>Event: Ongoing Trial<br>Date: 01/25/2018  Time: 10:00 AM | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 10/10/2017 | Transcript of (Day Four) Tuesday, August 29, 2017, filed.<br><br>Judge: Long, Hon. Keith C. | | |
| 11/28/2017 | Joint Motion to Extend the Time for Filing Post Trial Memorandum filed.. | | |
| 11/29/2017 | Joint Motion to Extend the Time for Filing Post Trial Memorandum ALLOWED. The time for filing post-trial memoranda is extended to January 12, 2018 and closing arguments are rescheduled to January 30, 2018 at 11:00 a.m. SO ORDERED.<br><br>Judge: Long, Hon. Keith C. | | |
| 11/29/2017 | Event Resulted<br>Judge: Long, Hon. Keith C.<br>The following event: Ongoing Trial scheduled for 01/25/2018 10:00 AM has been resulted as follows:<br>Result: Event Rescheduled. | | |
| 11/29/2017 | Scheduled<br>Judge: Long, Hon. Keith C.<br>Event: Ongoing Trial<br>Date: 01/30/2018  Time: 11:00 AM | | |
| 12/26/2017 | Plaintiff Town of Mashpee's Post-Trial Proposed Findings of Fact and Rulings of Law filed. | | |
| 01/12/2018 | Defendants' Post-Trial Memorandum filed. | | |
| 01/30/2018 | Trial Ends.:  Ongoing Trial scheduled on:<br>         01/30/2018 11:00 AM<br>Has been: Held - Trial Ends<br>Hon. Keith C. Long, Presiding | | |
| 02/01/2018 | (Consolidated Case 14 MISC 487495 ) Motion for Leave to Substitute Exhibits of Certain Plans and Licenses Issued by the Federal Government, filed and ALLOWED on February 2, 2018 in so far as it adds exhibits but DENIED in so far as it seeks to substitute. All previously marked exhibits remain as exhibits. SO ORDERED.<br><br>(Notice of Docket Entry sent to Attorneys Kathleen E. Connolly, Patrick J. Costello, Alexandra Hassell, John Fitzgerald Willis, Douglas L Whitaker, Megan Ann Fanning, Edward Steffens Englander, and Shannon F. Slaughter)<br><br>Judge: Long, Hon. Keith C | | |
| 04/10/2018 | Transcript of Closing Arguments Dated January 30, 2018, filed.<br><br>Judge: Long, Hon. Keith C. | | |
| 09/11/2019 | Withdrawal of Shannon F Slaughter, Esq. for Matthew Haney Trustee for the SN Trust for Robert Emmeluth, filed | | Image |
| 10/10/2019 | Decision issued. (Copies Sent to Attorneys Kathleen E Connolly, Alexandra Hassell, John Fitzgerald Willis, Edward Steffens Englander, Brian Michael Hurley, Lawrence P Heffernan, Shannon F. Slaughter)<br><br>Judge: Long, Hon. Keith C. | | Image |
| 10/10/2019 | Judgment entered. (Copies Sent to Attorneys Kathleen E Connolly, Alexandra Hassell, John Fitzgerald Willis, Edward Steffens Englander, Brian Michael Hurley, Lawrence P Heffernan, Shannon F. Slaughter)<br><br>Judge: Long, Hon. Keith C. | | Image |
| 11/07/2019 | Notice of Appeal by Matthew Haney Trustee for the SN Trust for Robert Emmeluth to the Appeals Court filed. | | |
| 11/07/2019 | A copy of a Notice of Appeal filed on November 7, 2019 by Attorneys Edward Englander and Denise Chicoine for Defendant Matthew Haney, Trustee of SN Trust sent to Attorneys Patrick Costello, Alexandra Hassell and Kathleen Connolly | | |
| 11/08/2019 | Notice of Appeal by Town of Mashpee to the Appeals Court filed. | | Image |
| 11/08/2019 | A copy of a Notice of Appeal filed on November 8, 2019 by Attorneys Patrick Costello and Kathleen Connolly sent to Attorneys John Willis, Douglas Whitaker, Megan Fanning, Edward Englander, Doreen Zankowski and Zachary Berk | | |
| 02/14/2020 | Notice of Assembly of Record on Appeal sent to the Clerk of the Appeals Court. | | |
| 02/14/2020 | Notice of Assembly of Record on Appeal sent to all counsel of record. | | |
| 02/27/2020 | Case entered in the Appeals Court as Case No. 2020-P-0294. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 03/04/2021 | Rescript Received from the Appeals Court. NOTICE OF DOCKET ENTRY<br><br>Please take note that, with respect to the MOTION to Dismiss under Rule 29(b) filed for Robert A. Wolpe and Michelle A. Wolpe by Attorney Brian Hurley. (Paper #32), on March 4, 2021, the following order was entered on the docket:<br><br>RE#32: Appeal dismissed with prejudice and without an award of costs or fees to any party, pursuant to M.R.A.P. 29(b). *Notice/Attest.. | | |

### Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Dismissed | Amount Outstanding |
|---|---|---|---|---|
| Cost | $270.00 | $270.00 | $0.00 | $0.00 |
| Total | Total $270.00 | Total $270.00 | Total $0.00 | Total $0.00 |

### Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 312704 | 10/03/2014 | Costello, Esq., Patrick J | $270.00 |
| Total | Total | Total | Total $270.00 |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Judgment after trial entered. | 10/10/2019 | Long, Hon. Keith C. |