# 14 MISC 487495 Wolpe, Robert A. , et al. v. Robert D. Emmeluth Trustee of SN Trust , et al. LONG

- Case Type:
- Miscellaneous
- Case Status:
- Closed
- File Date
- 10/23/2014
- DCM Track:
- 
- Initiating Action:
- MTB - Try Title, G.L. Chapter 240, § 1 - 5
- Status Date:
- 10/10/2019
- Case Judge:
- Long, Hon. Keith C.
- Next Event:
- 

### Property Information

Punkhorn Point Road
Mashpee

All Information | Party | Event | Docket | Financial | Receipt | Disposition

## Party Information

**Wolpe, Robert A.**
- Plaintiff

**Party Attorney**
- Attorney
- Bowen, Esq., John Edward
- Bar Code
- 547980
- Address
- Rackemann, Sawyer and Brewster
  160 Federal St
  Boston, MA  02110-1700
- Phone Number
- (617)951-1161
- Attorney
- Hurley, Esq., Brian Michael
- Bar Code
- 245240
- Address
- Rackemann, Sawyer and Brewster
  160 Federal St
  Boston, MA  02110
- Phone Number
- (617)542-2300

**More Party Information**

**Wolpe, Michelle A.**
- Plaintiff

**Party Attorney**
- Attorney
- Bowen, Esq., John Edward
- Bar Code
- 547980
- Address
- Rackemann, Sawyer and Brewster
  160 Federal St
  Boston, MA  02110-1700
- Phone Number
- (617)951-1161
- Attorney
- Hurley, Esq., Brian Michael
- Bar Code

- 245240
- Address
- Rackemann, Sawyer and Brewster
  160 Federal St
  Boston, MA  02110
- Phone Number
- (617)542-2300

[More Party Information](#)

**Atkins, Jr., James C.**
- Plaintiff

**Party Attorney**
- Attorney
- Bowen, Esq., John Edward
- Bar Code
- 547980
- Address
- Rackemann, Sawyer and Brewster
  160 Federal St
  Boston, MA  02110-1700
- Phone Number
- (617)951-1161
- Attorney
- Hurley, Esq., Brian Michael
- Bar Code
- 245240
- Address
- Rackemann, Sawyer and Brewster
  160 Federal St
  Boston, MA  02110
- Phone Number
- (617)542-2300

[More Party Information](#)

**Weltman, John J.**
- Plaintiff

**Party Attorney**
- Attorney
- Bowen, Esq., John Edward
- Bar Code
- 547980
- Address
- Rackemann, Sawyer and Brewster
  160 Federal St
  Boston, MA  02110-1700
- Phone Number
- (617)951-1161
- Attorney
- Hurley, Esq., Brian Michael
- Bar Code
- 245240
- Address
- Rackemann, Sawyer and Brewster
  160 Federal St
  Boston, MA  02110
- Phone Number
- (617)542-2300

[More Party Information](#)

**Webster Bank National Association**
- Plaintiff

**Party Attorney**
- Attorney
- Hurley, Esq., Brian Michael
- Bar Code
- 245240
- Address
- Rackemann, Sawyer and Brewster
  160 Federal St
  Boston, MA  02110
- Phone Number
- (617)542-2300

[More Party Information](#)

**Emmeluth, Robert D.**
- Defendant

**Party Attorney**

- Attorney
- Berardi, Esq., Kendra
- Bar Code
- 672626
- Address
- Robinson and Cole  
One Boston Place  
25th Floor  
Boston, MA  02108
- Phone Number
- (617)557-5943
- Attorney
- Heffernan, Esq., Lawrence P
- Bar Code
- 228660
- Address
- Robinson and Cole LLP  
One Boston Place  
Boston, MA  02108
- Phone Number
- (617)557-5906
- Attorney
- Long, Esq., Danielle Andrews
- Bar Code
- 646981
- Address
- Robinson and Cole LLP  
One Boston Place  
Floor 25  
Boston, MA  02108-4404
- Phone Number
- (617)557-5934

**More Party Information**

**The Trustees of Reservations**  
- Defendant

**Party Attorney**
- Attorney
- Feeherry, Esq., Anthony Martin
- Bar Code
- 160860
- Address
- The Mediation Group  
235 Cyprus St  
Brookline, MA  02445
- Phone Number
- (617)277-9232
- Attorney
- Schultz, Esq., Jennifer
- Bar Code
- 676656
- Address
- Goodwin Procter LLP  
100 Northern Ave  
Boston, MA  02210
- Phone Number
- (617)570-8215

**More Party Information**

**Haney, Matthew**  
- Defendant

**Party Attorney**
- Attorney
- Englander, Esq., Edward Steffens
- Bar Code
- 154540
- Address
- Englander and Chicoine, P.C.  
One Boston Place  
26th Floor  
Boston, MA  02108
- Phone Number
- (617)723-7440

**More Party Information**

**Grant, Mary**  
- Defendant

**Party Attorney**

| | More Party Information |
|---|---|
| **Orange, Stephen**<br>- Defendant | |
| Party Attorney | More Party Information |
| **Orange, Crystal**<br>- Defendant | |
| Party Attorney | More Party Information |

## Events

| Date | Type | Event Judge | Result |
|---|---|---|---|
| 11/24/2014 02:50 PM | Case Management Conference | Piper, Hon. Gordon H. | Rescheduled |
| 12/16/2014 02:30 PM | Case Management Conference | Piper, Hon. Gordon H. | Case Management Conference held |
| 04/16/2015 02:00 PM | Motion | Piper, Hon. Gordon H. | Motion allowed |
| 06/30/2015 02:00 PM | Motion | Piper, Hon. Gordon H. | Event not held at the request of the parties. |
| 06/30/2015 02:00 PM | Status Conference | Piper, Hon. Gordon H. | Status Conference held. |
| 08/13/2015 10:00 AM | Motion to Amend | Piper, Hon. Gordon H. | Motion allowed |
| 08/13/2015 10:00 AM | Motion | Piper, Hon. Gordon H. | Motion allowed |
| 12/29/2015 10:00 AM | Motion | Piper, Hon. Gordon H. | Held |
| 05/09/2016 09:30 AM | Status Conference | Long, Hon. Keith C. | Status Conference held. |
| 08/30/2016 10:00 AM | Motion | Long, Hon. Keith C. | Hearing held. Order issued |
| 09/20/2016 09:30 AM | Status Conference | Long, Hon. Keith C. | Rescheduled |
| 10/20/2016 11:00 AM | Status Conference | Long, Hon. Keith C. | Status Conference held. |
| 05/30/2017 11:00 AM | Pre-Trial Conference | Long, Hon. Keith C. | Pre-Trial Conference held. |
| 06/05/2017 09:00 AM | Trial | Long, Hon. Keith C. | Trial held. |
| 06/06/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Trial held. |
| 06/07/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Trial held. |
| 06/08/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Trial held. |
| 06/09/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 06/12/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 06/13/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 06/14/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 06/15/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 08/29/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Trial held. |
| 08/30/2017 09:00 AM | Ongoing Trial | Long, Hon. Keith C. | Case Taken Off of the List. |
| 01/25/2018 10:00 AM | Ongoing Trial | Long, Hon. Keith C. | Rescheduled |
| 01/30/2018 11:00 AM | Ongoing Trial | Long, Hon. Keith C. | Held |

## Docket Information

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 10/23/2014 | Land Court miscellaneous filing fee Receipt: 313764 Date: 10/23/2014 | $240.00 | |
| 10/23/2014 | Case assigned to the Average Track per Land Court Standing Order 1:04. | | |
| 10/23/2014 | Complaint filed. | | |
| 10/23/2014 | Land Court surcharge Receipt: 313764 Date: 10/23/2014 | $15.00 | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 10/23/2014 | Uniform Counsel Certificate for Civil Cases filed by Plaintiff. | | |
| 10/28/2014 | The case has been assigned to the A Track.  Notice sent. | | |
| 10/28/2014 | Event Scheduled<br><br>Event: Case Management Conference<br><br>Date: 11/24/2014  Time: 02:50 PM<br><br><br>(Notice Sent to Brian M. Hurley, Esq.)<br>Result: Event Rescheduled. | | |
| 11/04/2014 | Summons returned to Court with service on Robert D. Emmeluth Trustee of SN Trust filed. | | |
| 11/12/2014 | Assented-to Motion to Extend Time to File an Answer or Other Responsive Pleading and to Continue the Case Management Conference filed. | | |
| 11/20/2014 | Assented-to Motion to Extend Time to File an Answer or Other Responsive Pleading by December 1, 2014, and to Continue the Case Management Conference, ALLOWED. | | |
| 11/20/2014 | Event Resulted<br>The following event: Case Management Conference scheduled for 11/24/2014 02:50 PM has been resulted as follows:<br>Result: Event Rescheduled. | | |
| 11/20/2014 | Event Scheduled<br>Event: Case Management Conference<br>Date: 12/16/2014  Time: 02:30 PM<br><br>(Notice Sent to Attorneys Brian M. Hurley, and John F. Willis)<br>Result: Case Management Conference held | | |
| 11/20/2014 | Amended Complaint filed. | | |
| 12/05/2014 | Defendant, Robert D. Emmeluth Trustee of SN Trust's Answer to Amended Complaint, and Counterclaim, filed. | | |
| 12/05/2014 | Joint Case Management Conference Statement, filed. | | |
| 12/16/2014 | Case Management Conference Held<br>The following event: Case Management Conference scheduled for 12/16/2014 02:30 PM has been resulted as follows:<br><br>Result: Case Management Conference Held. Early Intervention Event Held. Attorneys Costello, Hurley, and Willis Appeared. Town of Mashpee Will Amend Complaint Add Counts, Including Request for Declaratory Judgment under G.L. c. 231A and to Quiet Title, in Addition to Count Currently Pending under Try Title Statute, G.L. c. 240, §§ 1-5. Town's Amended Complaint to Be Filed and Served by December 31, 2014. Counsel for Private Parties Indicate Willingness on the Part of Their Clients to Attend Mediation Session. By December 31, 2014 Counsel to File Joint Report Indicating Mediation Session Has Been Scheduled, Naming Mediation Provider, Identity of Neutral, and Date of Session. Report to Include Town's Position on Whether, and to What Extent (and on What Conditions), it Will Participate in Mediation. If Parties Have Not Scheduled Mediation by December 31, 2014, Court May Order Parties to Mediation Screening. If Mediation Does Not Resolve All Issues in this Case, Discovery to Close May 1, 2015. By Close of Discovery, Parties to Submit Joint Report Stating That Discovery Is Complete, Detailing What Discovery Has Been Taken, and Which Either (1) Reports Intent to File Dispositive Motion(s), Indicates Who First Will File, and as to What Issue(s); Such Motion to Be Filed by June 1, 2015, Land Court Rule 4 to Govern Timing and Content of That and Subsequent Filings; or (2) If No Party Intends to File Dispositive Motion, Parties to Request Pretrial Conference.<br><br>(Notice of Docket Entry Sent to Attorneys Patrick J. Costello, Brian M. Hurley, and John F. Willis) | | |
| 12/16/2014 | Alternative Dispute Resolution:  Early Intervention Event held. | | |
| 12/24/2014 | First Report of the Parties, filed. The Parties will Work on Stipulated Facts that would be Likely to Make Mediation more Productive. They also Plan to Revisit the Subject of Mediation in Late February. Should Mediation Go Forward, the Parties would Most Likely Use REBA and will Conduct the Mediation During March, 2015. | | |
| 03/13/2015 | Defendant's Motion to Add Webster Bank, N.A. as a Necessary Party, filed. | | |
| 03/13/2015 | Scheduled<br>Event: 1) Defendant's Motion to Add Webster Bank, N.A. as a Necessary Party and 2) Plaintiffs' Motion for Leave to Further Amend Complaint<br>Date: 04/16/2015  Time: 02:00 PM<br>Result: Motion allowed | | |
| 03/17/2015 | Letter from Attorney Brian M. Hurley Informing the Court the Plaintiffs Do Not Object to the Joinder of Webster Bank, N.A. as a Party, filed. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 04/02/2015 | Plaintiffs' Motion for Leave to Further Amend Complaint, filed. | | |
| 04/09/2015 | Mr. Emmeluth's Motion to Compel Further Answers to Interrogatories filed. | | |
| 04/09/2015 | Plaintiffs' Answer to the Counterclaim of Robert D. Emmeluth, Trustee filed. | | |
| 04/13/2015 | Webster Bank, National Association's Assent to Motion to Add Webster Bank, N.A., as Necessary Party, filed. | | |
| 04/13/2015 | Joint Motion to Extend Discovery Deadline from May 1, 2015 to July 30, 2015, filed. | | |
| 04/14/2015 | Defendant, Robert D. Emmeluth's Opposition to Plaintiffs' Motion to Further Amend Complaint, filed. | | |
| 04/14/2015 | Defendant, Robert D. Emmeluth's Memorandum in Support of Opposition to Plaintiffs' Motion to Further Amend Complaint, filed. | | |
| 04/14/2015 | Affidavit of John F. Willis, Esq., filed. | | |
| 04/14/2015 | Plaintiffs' Opposition to Motion to Compel, filed. | | |
| 04/16/2015 | Event Resulted<br>The following event: Motion scheduled for 04/16/2015 02:00 PM has been resulted as follows:<br><br>Result: Hearing Held on Plaintiffs' Motion for Leave to Amend Complaint Further, Defendant's Motion to Add Webster Bank, N.A. as Necessary Party, and Defendant's Motion to Compel Further Answers to Interrogatories. Attorney Bowen Appeared for Plaintiffs. Attorney Willis Appeared for Defendant Emmeluth. Attorney Hughes Appeared for Webster Bank. Motion to Add Webster Bank ALLOWED without Objection; Webster Bank to Be Joined as Party Plaintiff. Motion to Amend Complaint ALLOWED; Second Amended Complaint Accepted for Filing as of Today. As a Result of Amendment, which Adds Count for Adverse Possession, Discovery Extended to July 31, 2015, No Further Extension Should Be Anticipated. Motion to Compel Answers to Interrogatories ALLOWED; Plaintiff to Provide Further Answers by May 15, 2015. In Addition, by May 31, 2015, Parties to Exchange Title Expert Reports, and to Mark this Case for Further Status Conference at One of the Court's Published Motion Sessions in June, 2015.<br><br>(Notice of Docket Entry Sent to Attorneys Douglas Whitaker, John F. Willis, Megan Fanning, Brian M. Hurley, and Brian Hughes) | | |
| 04/16/2015 | Second Amended Complaint, filed. | | |
| 04/16/2015 | Defendant, Robert D. Emmeluth, Trustee of SN Trust's Amended Answer to Amended Complaint and Counterlaim, filed. | | |
| 05/04/2015 | Answer of Defendant, Robert D. Emmeluth, Trustee of SN Trust to Second Amended Complaint and Counterclaim, filed. | | |
| 05/13/2015 | Appearance of Brian Michael Hurley, Esq. for Webster Bank National Association, filed | | |
| 05/18/2015 | Plaintiffs' Answer to the Counterclaim Appended to Defendant's Answer to Second Amended Complaint, filed. | | |
| 05/21/2015 | Withdrawal of Brian John Hughes, Esq. for Webster Bank National Association, filed | | |
| 05/27/2015 | Mr. Emmeluth's Motion to Strike Paragraphs 3, 4, 16 and 17 of Answer to Counterclaim and Deem those Paragraphs of the Counterclaim Admitted by Plaintiffs, filed. | | |
| 05/27/2015 | Memorandum in Support of Mr. Emmeluth's Motion to Strike Paragraphs 3, 4, 16 and 17 of Answer to Counterclaim and Deem those Paragraphs of the Counterclaim Admitted by Plaintiffs, filed. | | |
| 06/02/2015 | Scheduled<br>Event: 1) Plaintiffs' Motion for Leave to Further Amend the Complaint to Add Additional Party Defendants and, 2) Mr. Emmeluth's Motion to Strike Paragraphs 3, 4, 16, and 17 of Answer to Counterclaim and Deem those Paragraphs of the Counterclaim Admitted by the Plaintiff<br>Date: 06/30/2015  Time: 02:00 PM<br>Result: Event not held at the request of the parties. | | |
| 06/02/2015 | Scheduled<br>Event: Status Conference<br>Date: 06/30/2015  Time: 02:00 PM<br><br>(Notice Sent to Attorneys Douglas Whitaker, John F. Willis, Megan Fanning, and Brian M. Hurley)<br>Result: Status Conference held. | | |
| 06/02/2015 | Plaintiffs' Motion for Leave to Further Amend the Complaint to Add Additional Party Defendants, filed. | | |
| 06/22/2015 | Joint Motion to Continue June 30, 2015 Hearing and Extend Discovery Deadline from July 30, 2015 to September 20, 2015, filed. | | |
| 06/26/2015 | Event Resulted<br>The following event: Motion scheduled for 06/30/2015 02:00 PM has been resulted as follows:<br><br>Result: Event not held at the request of the parties. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 06/30/2015 | Event Resulted<br>The following event: Status Conference scheduled for 06/30/2015 02:00 PM has been resulted as follows:<br><br>Result: Status Conference Held. Attorney Bowen Appeared for Plaintiffs and for Webster Bank. Attorney Willis Appeared for Defendant Emmeluth. Parties to File Joint Report on Outcome of July 15, 2015 Mediation Promptly Following Session. If Parties' Report Indicates Consensual Resolution, Parties to Request Order of Dismissal Nisi. If Mediation Does Not Resolve All Issues in this Case, Parties' Report to Propose Schedule for Completing Remaining Expert Discovery. Hearing on Motion to Amend Scheduled August 13, 2015 at 10:00 A.M. Plaintiff to File and Serve Affidavit(s) from Title Expert Supporting Motion to Amend by July 27, 2015. Response(s), If Any, to Be Filed and Served by August 10, 2015. Court to Issue Further Orders Regarding Discovery Following Court's Ruling on Motion to Amend. If Parties Are Unable to Resolve Issue Presented in Emmeluth's Motion to Strike, Then That Motion to Be Marked for Hearing along with Motion to Amend on August 13.<br><br>(Notice of Docket Entry Sent to Attorneys Brian M. Hurley, John Edward Bowen, Douglas L. Whitaker, Megan Ann Fanning and John F. Willis) | | |
| 07/22/2015 | Plaintiffs' Revised Answer to the Counterclaim Appended to Defendant's Answer to Second Amended Complaint, filed. | | |
| 07/22/2015 | Joint Report Regarding Mediation, filed. On July 15, 2015, the Parties Completed the Mediation Process through Reba Dispute Resolution, Inc., before Hon. Leon J. Lombardi (ret.) and were Unable to Resolve the Matter. | | |
| 07/27/2015 | Scheduled<br>Event: Motion to Amend<br>Date: 08/13/2015  Time: 10:00 AM<br><br>(Notice Sent to Attorneys Brian M. Hurley, John Edward Bowen, Douglas L. Whitaker, Megan Ann Fanning and John F. Willis)<br>Result: Motion allowed | | |
| 08/03/2015 | Motion for Leave to File Affidavit of Title Expert Supporting Motion to Amend Complaint Late, filed. | | |
| 08/05/2015 | Assented-to Motion to Substitute Party, filed. | | |
| 08/05/2015 | Scheduled<br>Event: Assented-to Motion to Substitute Party<br>Date: 08/13/2015  Time: 10:00 AM<br>Result: Motion allowed | | |
| 08/07/2015 | On August 6, 2015, Counsel for Defendant SN Trust Withdrew SN Trust's Opposition to Plaintiffs' Motion to Further Amend Complaint to Add Additional Party Defendants and filed their Assent to the Filing of the Third Amended Complaint, filed. | | |
| 08/13/2015 | Event Resulted<br>The following event: Motion scheduled for 08/13/2015 10:00 AM has been resulted as follows:<br>Result: Motion allowed<br>Appeared: | | |
| 08/13/2015 | Event Resulted<br>The following event: Motion to Amend scheduled for 08/13/2015 10:00 AM has been resulted as follows:<br>Result: Motion allowed<br>Appeared: | | |
| 08/17/2015 | Mr. Emmeluth's Response and Assent to Plaintiffs' Motion to Further Amend Complaint to Add Additional Party Defendants filed. | | |
| 08/19/2015 | August 13, 2015. Status Conference Held. Hearing Held on Motion to Amend, Motion to Consolidate, and Motion to Substitute Party. Attorneys Bowen, Costello, Hurley, Fanning, and Willis Appeared. Motion to Consolidate is ALLOWED Without Objection; Case Nos. 14 MISC 486868 and 14 MISC 487495 Are CONSOLIDATED for Case Management Purposes, However, Court Did Not Rule on the Question Whether These Cases Should Be Tried Together until Discovery Is Complete and the Commonality of the Factual Issues Is Made Clearer. Assented-to Motion to Substitute Matthew Haney for Robert Emmeluth as Trustee of SN Trust ALLOWED. Motion for Leave to File Third Amended Complaint ALLOWED Without Objection; Third Amended Complaint Accepted for Filing this Day. By August 27, 2015, Plaintiffs Wolpe to Complete Service of Third Amended Complaint on All Known, Ascertained Parties, and to File and Serve Motion for Service by Publication (Supported by Affidavit of Diligent Search) Against All Unascertained Parties. Discovery to Close December 31, 2015. By Close of Discovery, Parties to Submit Joint Report Stating That Discovery Is Complete, Detailing What Discovery Has Been Taken, and Which Either (1) Reports Intent to File Dispositive Motion(s), Indicates Who First Will File, and as to What Issue(s); Such Motion to Be Filed by January 31, 2016, Land Court Rule 4 to Govern Content of That Filing and Timing and Content of Subsequent Filings; or (2) If No Party Intends to File Dispositive Motion, Parties to Request Pretrial Conference. (Piper, J.)<br><br>(Notice sent to Attorneys Brian M. Hurley, John E. Bowen, John F. Willis, Megan A. Fanning and Patrick J. Costello) | | |
| 08/24/2015 | Motion for Issuance of Letter Rogatory and Order of Commission filed.. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 08/25/2015 | Letter rogatory to Sagadahoc County Maine Superior Court for deposition of Bonaday Beck, issued | | |
| 08/25/2015 | Motion for Issuance of Letter Rogatory and Order of Commission allowed. No party objections and it appearing proper to do so, the motion is allowed. Letter Rogatory to issue. | | |
| 08/28/2015 | Affidavit of Service filed. | | |
| 09/03/2015 | Affidavit of Service upon Defendant Mary Grant filed. | | |
| 09/04/2015 | Notice of Voluntary Dismissal of Action Against Rosemary Vayanos Wade, filed.. | | |
| 09/14/2015 | Answer of Matthew Haney, Trustee of SN Trust, to Third Amended Complaint of Robert A. Wolpe, Michelle A, Wolpe, James C. Atkins, Jr., John J. Weltman and Webster Bank, N.A. and Counterclaim of Matthew Haney, Trustee of SN Trust, Against Robert A. Wolpe, Michelle A. Wolpe, James C Atkins, Jr., John J. Weltman and Webster Bank, N.A. filed. | | |
| 09/18/2015 | Answer to Counterclaim of Matthew Haney filed. | | |
| 10/30/2015 | Answer of Defendant the Trustees of Reservations to Plaintiffs' Third Amended Complaint filed. | | |
| 12/21/2015 | Motion to Withdraw Appearance filed. | | |
| 12/23/2015 | Scheduled<br>Event: Motion to Withdraw Appearance<br>Date: 12/29/2015  Time: 10:00 AM<br>Result: Event Held | | |
| 12/29/2015 | Defendant and Counterclaim Plaintiff Matthew Haney's Trustee of SN Trust, Motion to Extend Discovery and Dispositive Motion Deadlines filed in Court. | | |
| 12/29/2015 | Event Resulted<br>The following event: Motion scheduled for 12/29/2015 10:00 AM has been resulted as follows:<br>Result:  December 29, 2015. Hearing held on motion to withdraw filed by Attorneys Heffernan, Long, and Berardi, of Robinson and Cole, current counsel for defendant Haney, trustee. Attorneys Hurley, Heffernan, Feeherry, and Zankowski appeared. In light of appearance, filed today, of Attorney Zankowski on behalf of defendant Haney, motion to withdraw is moot and no leave is required for the withdrawals, which will be treated as fully effective. Mass. R. Civ. P. 11(c). By January 13, 2016, counsel to confer with their clients, and parties to report in writing whether they have any objections to the Land Court Justice to whom this case is assigned (Piper, J.) continuing to preside in this case; even absent objection, court may assign this case to different Land Court Justice. Without objection, discovery extended to January 31, 2016 while counsel confer and report their views on additional time, if needed, to complete discovery and file dispositive motions. Joint written report to be filed by January 22, 2016. Upon receipt, court to schedule further status and scheduling conference, if indicated. (Piper, J.) SMM, law clerk.<br><br>(Copies sent to Attorneys Kendra Berardi, Anthony Feeherry, Danielle Long, Lawrence Hefferman, Doreen Zankowski and Brian Hurley) | | |
| 12/30/2015 | Plaintiff's Letter indicating that Plaintiff has no objection to Judge Piper's continued role in this case, filed. | | |
| 01/22/2016 | Status Report filed. | | |
| 02/25/2016 | Scheduled<br>Event: Status Conference<br>Date: 05/09/2016  Time: 9:30 AM | | |
| 02/26/2016 | Notice of Reassignment of Case. Case reassigned from Judge Piper to Judge Long. | | |
| 04/14/2016 | Appearance of Edward Steffens Englander, Esq., Shannon F. Slaughter, Esq. for Matthew Haney Trustee of SN Trust, filed<br>Notice of Appearance of Edward S. Englander, Esq. on Behalf of Matthew Haney, Trustee of SN Trust filed. | | |
| 04/14/2016 | Motion to Extend Tracking Order Discovery Deadline filed. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 05/09/2016 | Event Resulted<br>The following event: Status Conference scheduled for 05/09/2016 09:30 AM has been resulted as follows:<br><br>Result:   May 9, 2016:  "Status Conference held.  Due to the recusal of the previously presiding judge, The Honorable Keith C. Long is now presiding over these consolidated matters, which involve a dispute over title to marshland located in the Town of Mashpee.  All parties claim an interest in at least a portion of the marshland.  The defendant, Matthew Haney, Trustee of SN Trust, seeks to construct a bridge over the marshland for access to an island off the coast that he intends to develop.  The Town of Mashpee (in Land Court Case No. 14 MISC 486868 (KCL)), as well as the owners and a mortgagee of property adjacent to the marshland (in Land Court Case No. 14 MISC 487495 (KCL)), dispute the defendant's right to do so.<br>The parties also dispute the precise location of the marshland, an issue complicated by their inability thus far to locate the plan defining the marshland boundaries.  They contend that additional fact investigation is necessary to clarify the nature of their respective interests in the marshland, if any, and the positions they will ultimately take in the case.  They agree that this matter is highly fact-sensitive and thus unlikely to be resolved by way of summary judgment.<br>The docket reflects a motion to extend discovery was filed on April 14, 2016, however, the court's file does not include a copy and, therefore, the plaintiff shall provide one to the court.  The parties assented to the motion and thus the discovery period was extended to September 9, 2016.  A Status Conference was scheduled for September 20, 2016 at 9:30 am.  SO ORDERED."  (Long, J.)<br><br>(Notice of Above Docket Entry Sent to Attorneys Alexandra Hassell, Brian Hurley, John Bowen, Edward Englander, Shannon Slaughter and Anthony Feeherry) | | |
| 05/09/2016 | Scheduled<br>Event: Status Conference<br>Date: 09/20/2016  Time: 09:30 AM<br>Notice sent to attorneys Shannon Slaughter, Brian Hurley, Edward Englander, Lawrence heffernan, Anthony Feeherry and John Bowen. | | |
| 07/25/2016 | Notice of Voluntary Dismissal of Action Against Arnold B. Chace, Jr filed. | | |
| 08/25/2016 | Motion to Quash Deposition Subpoena (of George Green) filed. | | |
| 08/25/2016 | Memorandum of Law in Support of Motion to Quash Deposition Subpoena (of George Green) filed. | | |
| 08/25/2016 | Limited Apperance of Marc C. Tilden, Esq. filed. | | |
| 08/26/2016 | Scheduled<br>Event: Motion<br>Date: 08/30/2016  Time: 10:00 AM | | |
| 08/29/2016 | Opposition to Motion to Quash Subpoena of George "Chuckie" Green filed. | | |
| 08/30/2016 | Motion in Response to Defendants' Opposition to Motion to Quash Subpoena filed. | | |
| 08/30/2016 | Motion to Quash Deposition Subpoena (of Jessie Little Doe Baird) filed. | | |
| 08/30/2016 | Memorandum of Law in Support of Motion to Quash Deposition Subpoena filed. | | |
| 08/30/2016 | Event Resulted<br>The following event: Motion scheduled for 08/30/2016 10:00 AM has been resulted as follows:<br>Result: Hearing held.  Order issued | | |
| 08/31/2016 | Letter to Court with Cases filed. | | |
| 08/31/2016 | Memorandum and Order on Non-Party Witnesses George Green and Jessie Little Doe Baird's Motions to Quas Deposition, issued.  (Copies Emailed and Mailed to Attorneys Brian M. Hurley, Edward S. Englander, Anthony M. Feeherry, Patrick J. Costello and Mark C. Tilden) | | |
| 09/06/2016 | Assented To Motion to Extend Discovery Deadline and Continue Status Conference filed and ALLOWED. The status conference is rescheduled to October 20, 2016 at 11:00 a.m. | | |
| 09/07/2016 | Event Resulted<br>The following event: Status Conference scheduled for 09/20/2016 09:30 AM has been resulted as follows:<br>Result: Event Rescheduled. | | |
| 09/07/2016 | Scheduled<br>Event: Status Conference<br>Date: 10/20/2016  Time: 11:00 AM<br>Notice sent to attorneys Kendra Berardi, Jennifer Schut=ltz, Shannon Slaughetr, Edward Englander, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 09/22/2016 | Assented To Motion to Extend Discovery Deadline filed and ALLOWED. | | |
| 09/26/2016 | Assented To Motion To Extend Discovery Deadline filed. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 10/20/2016 | Event Resulted<br>The following event: Status Conference scheduled for 10/20/2016 11:00 AM has been resulted as follows:<br>Result: Status Conference held. | | |
| 12/21/2016 | Scheduled<br>Event: Trial<br>Date: 06/05/2017  Time: 09:00 AM<br>Notice sent to attorneys Shannon Slaughter, Edward Englander, Kendra Berardi, Jennifer Schultz, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/06/2017  Time: 09:00 AM<br>Notice sent to attorneys Shannon Slaughter, Edward Englander, Kendra Berardi, Jennifer Schultz, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/07/2017  Time: 09:00 AM<br>Notice sent to attorneys Shannon Slaughter, Edward Englander, Kendra Berardi, Jennifer Schultz, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/08/2017  Time: 09:00 AM<br>Notice sent to attorneys Shannon Slaughter, Edward Englander, Kendra Berardi, Jennifer Schultz, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/09/2017  Time: 09:00 AM<br>Notice sent to attorneys Shannon Slaughter, Edward Englander, Kendra Berardi, Jennifer Schultz, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/12/2017  Time: 09:00 AM<br>Notice sent to attorneys Shannon Slaughter, Edward Englander, Kendra Berardi, Jennifer Schultz, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/13/2017  Time: 09:00 AM<br>Notice sent to attorneys Shannon Slaughter, Edward Englander, Kendra Berardi, Jennifer Schultz, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/14/2017  Time: 09:00 AM<br>Notice sent to attorneys Shannon Slaughter, Edward Englander, Kendra Berardi, Jennifer Schultz, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 12/21/2016 | Scheduled<br>Event: Ongoing Trial<br>Date: 06/15/2017  Time: 09:00 AM<br>Notice sent to attorneys Shannon Slaughter, Edward Englander, Kendra Berardi, Jennifer Schultz, Brian Hurley, Lawrence Heffernan, Anthony Feeherry, John Bowen and Danielle Long. | | |
| 04/12/2017 | Notice of Voluntary Dismissal of Action Against the Trustees of Reservations filed. | | |
| 04/19/2017 | Scheduled<br>Event: Pre-Trial Conference<br>Date: 05/30/2017  Time: 11:00 AM | | |
| 05/24/2017 | Joint Pre-Trial Memorandum filed. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 05/30/2017 | Pre-Trial Conference held.<br>The following event: Pre-Trial Conference scheduled for 05/30/2017 11:00 AM has been resulted as follows:<br>Result: Pre-trial conference held with counsel for plaintiffs Robert Wolpe, Michelle Wolpe, James Atkins, and John Weltman, counsel for plaintiff Town of Mashpee, and counsel for defendant Matthew Haney, Trustee of the SN Trust in attendance.<br>Counsel confirmed that the case is ready for trial and described their respective clients' claims to the marshland at issue (the so-called "hay and meadow" land, which the parties agree was severed and conveyed - "set off" - separately from the upland).  The Wolpe, Atkins, and Weltman plaintiffs contend that they have record title to the marshland in front of their house lots and, to the extent that they do not, have adversely possessed that land under color of title.  The town claims that it has record title to a different approximately three acre parcel of the marshland.  The defendant trust disagrees with the plaintiffs and contends that it has record title to all of the marshland at issue.<br>     The trial will take place June 5-9, 2017 at the Barnstable County Superior Court and will start at 9:00 a.m. each day.  If necessary, the trial will continue at the Land Court in Boston from June 13-15.  The court will schedule a future trial date to accommodate the testimony of the plaintiffs' witness who is recovering from recent eye surgery and is scheduled to have another surgery shortly before the scheduled trial dates.  The court will take a view of the property during the week of June 5 on a date to be determined. The court will address any in limine motions, in context, during the course of the trial when the evidence is offered and an appropriate objection raised.  SO ORDERED.<br>Notice of docket entry sent to attorneys Kathleen Connelly, Alexandra Hassell, Patrick Costello, John Bowen, Brian Hurley, Edward Englander and Shannon Slaughter. | | |
| 06/05/2017 | Event Resulted<br>The following event: Trial scheduled for 06/05/2017 09:00 AM has been resulted as follows:<br>Result: Trial held. | | |
| 06/06/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/06/2017 09:00 AM has been resulted as follows:<br>Result: Trial held. | | |
| 06/07/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/07/2017 09:00 AM has been resulted as follows:<br>Result: Trial held. | | |
| 06/08/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/09/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/09/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/12/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/09/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/13/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/09/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/14/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/09/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 06/15/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |
| 06/13/2017 | Transcript of Excerpt of Testimony of John Troy Dated June 7, 2017 (Day Three), filed. | | |
| 07/28/2017 | Scheduled<br>Event: Ongoing Trial<br>Date: 08/29/2017  Time: 09:00 AM | | |
| 07/28/2017 | Scheduled<br>Event: Ongoing Trial<br>Date: 08/30/2017  Time: 09:00 AM | | |
| 07/31/2017 | Defendant Mary Grant, Stephen Orange, Crystal Orange defaulted pursuant to Mass. R.Civ. P. 55(a). (Patterson, Rec.) | | |
| 08/04/2017 | Transcripts of (Day One) Monday, June 5, 2017  (Day Two) Tuesday, June 6, 2017 and (Day Three) Wednesday, June 7, 2017, filed. | | |
| 08/28/2017 | Scheduled<br>Event: Ongoing Trial<br>Date: 08/29/2017  Time: 09:00 AM | | |
| 08/29/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 08/29/2017 09:00 AM has been resulted as follows:<br>Result: Trial held. | | |
| 08/30/2017 | Event Resulted<br>The following event: Ongoing Trial scheduled for 08/30/2017 09:00 AM has been resulted as follows:<br>Result: Case Taken Off of the List. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 09/01/2017 | Scheduled<br>Event: Ongoing Trial<br>Date: 01/25/2018  Time: 10:00 AM | | |
| 10/10/2017 | Transcript of (Day Four) Tuesday, August 29, 2017, filed.<br><br>Judge: Long, Hon. Keith C.<br><br>Judge: Long, Hon. Keith C. | | |
| 11/28/2017 | Joint Motion to Extend the Time for Filing Post Trial Memorandum filed.. | | |
| 11/29/2017 | Joint Motion to Extend the Time for Filing Post Trial Memorandum ALLOWED. The time for filing post-trial memoranda is extended to January 12, 2018 and closing arguments are rescheduled to January 30, 2018 at 11:00 a.m. SO ORDERED.<br><br>Judge: Long, Hon. Keith C. | | |
| 11/29/2017 | Event Resulted<br>Judge: Long, Hon. Keith C.<br>The following event: Ongoing Trial scheduled for 01/25/2018 10:00 AM has been resulted as follows:<br>Result: Event Rescheduled. | | |
| 11/29/2017 | Scheduled<br>Judge: Long, Hon. Keith C.<br>Event: Ongoing Trial<br>Date: 01/30/2018  Time: 11:00 AM | | |
| 12/26/2017 | Plaintiff Town of Mashpee's Post-Trial Proposed Findings of Fact and Rulings of Law filed. | | |
| 01/12/2018 | Plaintiffs' Post-Trial Memorandum in Case No. 14 MISC 487495 filed. | | |
| 01/12/2018 | Motion for Leave to Substitute Exhibits of Certain Plans and Licenses Issued by the Federal Government, filed and ALLOWED on February 2, 2018 in so far as it adds exhibits but DENIED in so far as it seeks to substitute. All previously marked exhibits remain as exhibits. SO ORDERED.<br><br>(Notice of Docket Entry sent to Attorney Brian M. Hurley, Attorney John E. Bowen,  Attorney Lawrence P. Heffernan, Attorney Danielle Andrews Long,  Attorney Kendra Berardi,  Attorney Edward Steffens Englander,  Attorney Shannon F. Slaughter, Attorney Anthony Martin Feeherry, and Attorney Jennifer Schultz)<br><br>Judge: Long, Hon. Keith C | | |
| 01/12/2018 | Defendants' Post-Trial Memorandum filed. | | |
| 01/30/2018 | Event Resulted<br>Judge: Long, Hon. Keith C.<br>The following event: Ongoing Trial scheduled for 01/30/2018 11:00 AM has been resulted as follows:<br>Result: Event Held | | |
| 04/10/2018 | Transcript of Closing Arguments Dated January 30, 2018, filed.<br><br>Judge: Long, Hon. Keith C. | | |
| 09/11/2019 | Withdrawal of Shannon F Slaughter, Esq. for Matthew Haney Trustee of SN Trust, filed | | Image |
| 10/10/2019 | Decision issued. (Copies Sent to Attorneys Kathleen E Connolly, Alexandra Hassell, John Fitzgerald Willis, Edward Steffens Englander, Brian Michael Hurley, Lawrence P Heffernan, Shannon F. Slaughter)<br><br>Judge: Long, Hon. Keith C. | | Image |
| 10/10/2019 | Judgment entered. (Copies Sent to Attorneys Kathleen E Connolly, Alexandra Hassell, John Fitzgerald Willis, Edward Steffens Englander, Brian Michael Hurley, Lawrence P Heffernan, Shannon F. Slaughter)<br><br>Judge: Long, Hon. Keith C. | | Image |
| 10/29/2019 | Notice of Appeal by Robert A. Wolpe, Michelle A. Wolpe, James C. Atkins, Jr., John J. Weltman to the Appeals Court, Supreme Judicial Court filed. | | Image |
| 10/31/2019 | A copy of a Notice of Appeal filed on October 29, 2019 by Attorneys Brian Hurley and John Bowen for plaintiffs Robert Wolpe, Michelle Wolpe, James Atkins, Jr. and John Weltman sent to Attorneys Edward Englander, John Willis, Megan Fanning, Douglas Whitaker, Lawrence Heffernan, Anthony Feeherry, Jennifer Schultz, Danielle Long, Kendra Berardi and Kathleen Connolly. | | |
| 11/07/2019 | Notice of Appeal by Matthew Haney Trustee of SN Trust to the Appeals Court filed. | | Image |
| 11/07/2019 | A Copy of a Notice of Appeal filed on November 7, 2019 by Attorneys Edward Englander and Denise Chicoine for Defendant Matthew Haney, Trustee of SN Trust, sent to Attorneys Brian Hurley and John Bowen | | |
| 02/14/2020 | Notice of Assembly of Record on Appeal sent to the Clerk of the Appeals Court. | | |

| Docket Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 02/14/2020 | Notice of Assembly of Record on Appeal sent to all counsel of record. | | |
| 02/27/2020 | Case entered in the Appeals Court as Case No. 2020-P-0294. | | |
| 03/04/2021 | Rescript Received from the Appeals Court. NOTICE OF DOCKET ENTRY<br><br>Please take note that, with respect to the MOTION to Dismiss under Rule 29(b) filed for Robert A. Wolpe and Michelle A. Wolpe by Attorney Brian Hurley. (Paper #32), on March 4, 2021, the following order was entered on the docket:<br><br>RE#32: Appeal dismissed with prejudice and without an award of costs or fees to any party, pursuant to M.R.A.P. 29(b). *Notice/Attest.. | | |

### Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Dismissed | Amount Outstanding |
|---|---|---|---|---|
| Cost | $255.00 | $255.00 | $0.00 | $0.00 |
| Total | Total $255.00 | Total $255.00 | Total $0.00 | Total $0.00 |

### Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 313764 | 10/23/2014 | Hurley, Esq., Brian Michael | $255.00 |
| Total | Total | Total | Total $255.00 |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Judgment after trial entered. | 10/10/2019 | Long, Hon. Keith C. |