Commonwealth of Massachusetts
Land Court
Department of the Trial Court

Case No. _14 MISC 486868_

## Civil Cover Sheet

First Plaintiff _TOWN OF MASHPEE_    First Defendant _ROBERT D. EMMELUTH, TR._

Locus Address/Description _PUNKHORN POINT MARSH_ City/Town _MASHPEE_

### *Instructions*

**Part I - To Be Completed by Plaintiff(s)' Counsel:**

**FOR ALL MISCELLANEOUS CASES (EXCEPT cases filed pursuant to Servicemembers Civil Relief Act):**

    1. Using the list below, please number, with the **Number 1,** the main cause of action on which you base your complaint.

**and**

    2. Place a check mark next to each other cause of action in your complaint.

**and**

    3. Is this complaint verified ?    ☐ Yes    ☒ No

**and**

    4. Are there any related cases filed in the Land Court Department ?    ☐ Yes    ☒ No
       If yes, please provide the Case No.(s) : _____

| | | | | | | |
|---|---|---|---|---|---|---|
| | ZAC | Appeal from Zoning Board G. L. c. 40A, § 17 | | PAR | Partition G. L. c. 241 | |
| | ZAD | Appeal from Planning Board G. L. c. 41, § 81BB | | RED | Redemption G. L. c. 60, § 76 | |
| | ZJA | Validity of Zoning G. L. cc. 240, § 14A, 185, § 1 (j ½ ) | | SP | Specific Performance of Contracts G. L. c. 185, § 1 (k) | |
| | ZEN | Enforcement of Zoning G. L. c. 40A, § 7 | | MBF | Determine Municipal Boundaries G. L. c. 42, § 12 | |
| | COT | Remove Cloud on Title G. L. c. 240, § 6 - 10 | | MFE | Determine Boundaries of Flats G. L. c. 240, § 19 | |
| | DOM | Discharge of Old Mortgage G. L. c. 240, § 15 | | CNC | Certiorari - G. L. c. 249, § 4 | |
| | LVT | Affirm Tax Foreclosure - Land of Low Value - G. L. c. 60, § 80B | | MAN | Mandamus - G. L. c. 249, § 5 | |
| **1.** ✓ | MTB | Try Title G. L. c. 1 - 5 | | TTRE | Trespass to Real Estate Involving Title - G. L. c. 185, § 1 (o) | |
| | MWA | Recover Freehold Estate (Writ of Entry) - G. L. c. 237 | | EQA | Equitable Action Involving Any Right, Title or Interest in Land G. L. c. 185, § 1 (k) | |
| | MRC | Determine Validity of Encumbrances G. L. c. 240, § 11 - 14 | | AHA | Affordable Housing Appeal G. L. c. 40B, § 21 | |
| | CER | Enforce Restrictions G. L. c. 240, § 10A - 10C | | OTA | Other | |
| | MAD | Determine Fiduciary Authority G. L. c. 240, § 27 | | | | |

*(turn over to complete form)*

**Part II. - Uniform Counsel Certificate** - to be filled out by Plaintiff(s)' Counsel at the time of initial filing. **All other counsel** shall file within thirty (30) days of initial entry into the case, whether by answer, motion, appearance or other pleading.

**FOR ALL MISCELLANEOUS CASES (EXCEPT Mortgage Foreclosures under the Servicemembers Civil Relief Act)**

I am attorney-of-record for: _THE  TOWN  OF  MASHPEE_
Plaintiff/Defendant in the above-entitled matter.

      If Defendant(s)' Attorney, please provide **Case No.** _____

In accordance with Rule 5 of the Supreme Judicial Uniform Rules on Dispute Resolution (SJC Rule 1:18) which states in part: " . . . Attorneys shall:  provide their clients with this information about court-connected dispute resolution; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil cover sheet or its equivalent . . ,"

I hereby certify that I have complied with this requirement.

BBO# _543761_

Date: _10 / 2 / 14_

_Patrick J. Costello_
Signature of Attorney-of-Record

_PATRICK  J.  COSTELLO_
Please Print Name

**Exempt Cases:**   **Tax Foreclosures, Mortgage Foreclosures under the Servicemembers Civil Relief Act and all cases related to original and subsequent registration under G. L. c. 185, § 1.**

LAND COURT
FILED

2014 OCT -3 AM 11: 42

COMMONWEALTH OF MASSACHUSETTS
THE LAND COURT

BARNSTABLE, SS

Docket No.

14 MISC 486868

Town of Mashpee

| | |
|---|---|
| **TOWN OF MASHPEE,**<br>Plaintiff | |
| **v.** | |
| **ROBERT D. EMMELUTH, TRUSTEE OF SN TRUST,**<br>Defendant | |

## PETITION TO TRY TITLE UNDER G.L. C.240, §1

1.    Plaintiff, Town of Mashpee, acting by and through its Board of Selectmen ("Town"), is the owner of a certain parcel of marsh land, containing 3.67 acres +/- located in the Southerly part of Mashpee, adjacent to Ockway Bay in the vicinity of Gooseberry Island. Said Parcel is described in a deed dated December 21, 1954, recorded with the Barnstable Registry of Deeds ("Deeds") on March 23, 1955 at Book 903, Page 57 (the "Town Parcel "). A true copy of said deed is attached as Exhibit A.

2.    Said Town Parcel is shown on a Plan of Land prepared by Charles H. Savery Co., Engineers and Surveyors, entitled "Schneider Parcel, South Mashpee", dated January 7, 1957, and recorded at said Barnstable Deeds in Plan Book 172, Page 59. A true copy of said Plan is attached as Exhibit B.

3.    The Town Parcel was expressly conveyed to the Town for use as a public or Town landing, a park or recreational area for the public and for no other use or purpose.

4.    Based on the express public recreational/open space use to which the Town Parcel was restricted by the deed into the Town, said Parcel is subject to the provisions of Article 97

1

of the Amendments to the Massachusetts Constitution ("Article 97").

5.      As a parcel of public land subject to the provisions of Article 97, the Town Parcel cannot

        be used for other purposes or otherwise disposed of except by laws enacted by a two

        thirds vote, taken by yeas and nays, of each branch of the General Court.

6.      Since the conveyance of the Town Parcel to Mashpee in December 1954, the subject land

        has been classified as tax-exempt land of the Town of Mashpee for G.L. c. 59 real estate

        taxation purposes. Accordingly, no real estate taxes have been paid to the Town with

        respect to said land from 1955 through the present date.

7.      By virtue of a Release Deed dated June 18, 2013 (a true copy of which is attached as

        Exhibit C), Robert D. Emmeluth, as Trustee of SN Trust ("SN Trust") claims an

        interest in the salt marsh area owned by the Town pursuant to the 1954 Deed as well as

        additional salt marsh area claimed by other abutting property owners and situated

        between the end of Punkhorn Point Road and Ockway Bay or the Mashpee River. A true

        copy of a plan prepared for SN Trust purporting to show the claimed marsh area is

        attached as Exhibit D.

8.      The Town contends that SN Trust has no such right, title or interest in the claimed salt

        marsh area. Accordingly, SN Trust should be required to bring an action to try this

        adverse claim which constitutes a cloud on the Town's title to the Town Parcel.

9.      In reliance upon its purported title to the subject marsh land, SN Trust has filed a Notice

        of Intent with the Mashpee Conservation Commission under the provisions of G.L. c.

        131, §40 and the Mashpee Wetland Protection Bylaw, seeking an Order of Conditions

        which would permit it to construct a private bridge from Punkhorn Point to Gooseberry

        Island, a portion of which would be constructed within and over a portion of the Town

2

Parcel. The Town has not consented to the construction of said bridge in and over its land.

10.     The proposed private bridge would encroach upon the Town Parcel, substantially interfere with the use of said property as a public landing and for other public recreational purposes, and would constitute an impermissible and unauthorized use of said property under Article 97.

11.     The Defendant, SN Trust's, claim of a legal interest in the Town Parcel and its pending application for an Order of Conditions authorizing it to construct a private bridge in and over said Parcel constitute a substantial and immediate threat of harm to the proprietary interests of the Town of Mashpee as well as to the interests of the public at large in maintaining use of the Town Parcel for its intended public recreation purposes under Article 97.

WHEREFORE, the Plaintiff requests that the Court:

(i)     Require SN Trust to state the basis(es) of its claim of title to or interest in the Plaintiff's property, and require SN Trust to prove that claim;

(ii)    determine the adverse claim of SN Trust;

(iii)   enter judgment declaring that (a) SN Trust has no right, title or interest in any portion of the marsh area shown as Town of Mashpee property on Exhibit B and (b) the Town of Mashpee is the fee owner of said marsh area;

(iv)    enter judgment barring SN Trust from asserting any further claim to the salt marsh area owned by the Town;

(v)     enter judgment declaring that the Town Parcel is subject to the restrictions of

3

Article 97 and that any transfer in interest or change in use of said Town Parcel is

subject to the provisions and procedures of Article 97;

(vi)    enter an Order enjoining SN Trust from further pursuing any regulatory permits or

approvals for any development or project involving any portion of the Town

Parcel until this Court has determined the respective rights and interests of the

parties with respect to the adverse claims referenced hereinabove; and

(vii)    enter judgment awarding the Plaintiff its costs in bringing this petition, including

reasonable attorneys' fees under G.L. c.231, §6F.

Respectfully submitted,
PLAINTIFF,
TOWN OF MASHPEE,
By its attorney:

Patrick J. Costello (BBO #543761)
Email: Pcostello@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
 Town Counsel
101 Summer Street
Boston, MA  02110
617-439-0305
FAX: 617-439-0325

Date:  October 2, 2014

4

**EXHIBIT <u>A</u>**

903

57

We, George Schneider and Gladys Schneider, his wife, as tenants by the entirety, residing in the Village of South Orange, Essex County, State of New Jersey, for valuable consideration paid, grant to the Town of Mashpee, Massachusetts, of Barnstable County, with covenants the land in the Southerly part of Mashpee, Barnstable County, Massachusetts, bounded and described as follows:

A certain parcel of meadow land beginning at a stake marked "46" (forty-six), at the Southerly end of a parcel of meadow set off to Elizabeth Coombs; thence Southerly by said Elizabeth's meadow to Ockway Bay; thence Westerly and Southerly by said Bay to a stake marked "48" (forty-eight) to a meadow set off to Jacob Coust; thence Westerly by said Jacob's meadow to the upland; thence by the upland, Northerly, Easterly, Southerly, Easterly to the first mentioned bound, containing three (3) acres be the same more or less.

This deed conveys only the real estate once owned jointly by the said John J. E. Rothery with George W. Miles on Popponessett Bay or Ockway Bay. Being the premises conveyed to said John J. E. Rothery by said George W. Miles by deed recorded May 1, 1916, Book 336, Page 420 - See also will of George W. Miles, April 28, 1937, devising to George Schneider and his wife, Gladys Schneider, interest in the shore property on Popponessett Bay held jointly with John J. E. Rothery. Our title was conveyed to us by Julian E. Rothery for said property on November 24, 1950, Book 776, Page 94, recorded in the Barnstable County Registry of Deeds, and we also convey all our interest in said property which was devised to us by the will of George W. Miles, in 1939, Sandwich, Probate #26616, Barnstable County. This property contains 3 (three) to 4½ (four and one-half) acres more or less.

This conveyance is made to the Town of Mashpee to be used as a public or Town landing, a park or recreational area for the public and for no other use or purpose.

We, George Schneider, husband, and Gladys Schneider, his wife, release to said grantee all our rights of and other interests therein.

WITNESS      hand and seal this   21st day of December 1954

*Sylvia G. Rogero*          *Gladys D. R. Schneider*

*[signature]*                *George Schneider*

STATE OF NEW ~~JERSEY~~ York }
                               } SS.          Geen.    18    1955
COUNTY OF ~~ESSEX~~ New York }

Then personally appeared the above named George Schneider and

Gladys Schneider, his wife,    and acknowledged the foregoing instrument

to be their    free act and deed, before me

*Louise M. Hedgerd*
Notary Public

LOUISE M. HEDGERD
Notary Public, State of New York
Qualified in New York County
No. 21-0852730
Cert. Filed with City Register, N.Y. Co.
Commission Expires March 30, 19__

903

58

State of New York,
County of New York, } ss.:          No. 56127          Form 1

I, ARCHIBALD R. WATSON, County Clerk and Clerk of the Supreme Court, New York County, a Court of Record having by law a seal, DO HEREBY CERTIFY that

whose name is subscribed to the annexed affidavit, deposition, certificate of acknowledgment or proof, was at the time of taking the same a NOTARY PUBLIC in and for the State of New York; duly commissioned and sworn and qualified to act as such throughout the State of New York; that pursuant to law a commission, or a certificate of his official character, and his autograph signature, have been filed in my office; that as such Notary Public he was duly authorized by the laws of the State of New York to administer oaths and affirmations; to receive and certify the acknowledgment or proof of deeds, mortgages, powers of attorney and other written instruments for lands, tenements and hereditaments to be read in evidence or recorded in this State; to protest notes and to take and certify affidavits and depositions; and that I am well acquainted with the handwriting of such Notary Public, or have compared the signature on the annexed instrument with his autograph signature deposited in my office, and believe that the signature is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, this ............ day of ...................................... 193......

FEE PAID 50¢          .....................................................
                      County Clerk and Clerk of the Supreme Court, New York County

Barnstable, ss., Received March 23, 1955, and is recorded.

## Know all men by these Presents

That the SANDWICH CO-OPERATIVE BANK, a banking corporation duly organized and established under the laws of the Commonwealth of Massachusetts and having an usual place of business in Sandwich, Barnstable County, Massachusetts, the mortgagee named in and present holder of a certain mortgage of real estate given by George G. Kelly and Marjorie G. Kelly, husband and wife, as tenants by the entirety, both of

of .... Barnstable (Hyannis) Barnstable County, Massachusetts
to the said Sandwich Co-operative Bank, dated .... September 13th .......... A.D. 19 48
and recorded in the Registry of Deeds for ...... Barnstable .......... County in Book ... 691 ......
Page .... 530 .... , hereby acknowledges full payment and satisfaction of the same.

IN WITNESS WHEREOF the said SANDWICH CO-OPERATIVE BANK has caused its corporate seal to be hereto affixed and these presents to be signed in its name and behalf by Camilla A. Williams .......... its President Treasurer, hereto duly authorized, this 17th .......... day of .... March .......... A.D. 19 55

Witness:                          SANDWICH CO-OPERATIVE BANK

..........                        By .......................................
                                           President
                                           Treasurer

## Commonwealth of Massachusetts

Barnstable, ss.          Sandwich, Mass., .... March 17 .......... 19 55

Then personally appeared the above named .... Camilla A. Williams ..........
President Treasurer, as aforesaid, and acknowledged the foregoing instrument to be the free act and deed of the said SANDWICH CO-OPERATIVE BANK,

Before me,

                                 .......................................
                                 Harold G. Nevius    Notary Public
                                 My commission expires .... November 24, 1955

# EXHIBIT <u>B</u>



172-59

TO GREAT NECK RD.

33' WAY

N

172-57

EVERETT M. WRIGHT

MALCOLM MACLEOD

LESTER SPRAGUE

LAURA B. DEANE

JAMES B. WRIGHT

J FOXCROFT CARLETON

Edge of Upland

AREA - 3.67 ACRES

of MARSH

1465' ±   BY   EDGE   of   MARSH

L.C. #16716 A

OCKWAY   BAY

POPONESSET BAY

PLAN of LAND for
TOWN OF MASHPEE
SCHNEIDER PARCEL
SOUTH MASHPEE

| SCALE : | |
| --- | --- |
| 1 IN. = 60 FT. | CHARLES N. SAVERY CO. ENGINEERS & SURVEYORS COTUIT,   MASS. |
| DATE | |
| 7 JANUARY 1957 | PLAN No. 15702 |

BARNSTABLE
REGISTRY OF DEEDS
SEP 27 1962
REC'ED

PROPERTY OF TOWN OF MASHPEE
NOT TO BE REMOVED FROM PREMISES

DEPT.
DOC. NO.
ARTICLE   SERIAL

REVISED · SEPTEMBER 11, 1962.

Plan Book 172 Page 59

# EXHIBIT <u>C</u>

Bk 27485 Ps165 #36823
06-24-2013 a 12:19p

### RELEASE DEED

Mashpee Commons Limited Partnership, a Delaware Limited Liability Partnership, with an address of P.O. Box 1530, Mashpee, MA 02649

for no consideration, release to Robert D. Emmeluth, Trustee of SN Trust, under declaration of trust dated January 12, 2012, and recorded with the Barnstable Registry of Deeds in Book 27485 Page 161 , c/o Boudreau and Boudreau, LLP, 396 North Street, Hyannis, Massachusetts 02601,

all our right, title and interest, if any, in the marsh or meadowland situated in the southerly part of the Town of Mashpee, in the County of Barnstable and Commonwealth of Massachusetts, bounded and described as follows:

easterly by Popponessett Bay, southerly by a meadow set to Walter R. Mingo, westerly by upland late of Elijah W. Pocknett, and northerly by meadow set to Leah Pocknett, being part of Lot 17 in the old division, and being Lot 45 in the new Commissioner's Division of the Meadowlands of Mashpee.

Being the premises described in a deed from Elizabeth S. Coombs to Theodore H. Tyndale, dated August 18, 1908, and recorded in the Barnstable Registry of Deeds in Book 296 Page 314.  See also deed from Fields Point Corporation, f/k/a Fields Point Manufacturing Corporation, to Fields Point Limited Partnership, n/k/a Mashpee Commons Limited Partnership, dated and recorded with said Deeds in Book 7782, Page 279.

Property Address: Off Punkhorn Point Road, Mashpee, Massachusetts.

Executed as a sealed instrument this 18th day of June , 2013.

MASHPEE COMMONS LIMITED PARTNERSHIP
By: NMS Associates, Inc.
   its sole General Partner

By: _____
   Arnold B. Chace, Jr., President  & Treasurer

Bk 27485 Pg166 #36823

STATE: _Rhode Island_

COUNTY: _Providence_

    On this _18th_ day of _June_, 2013, before me the undersigned notary public personally appeared Arnold B. Chace, Jr., as aforesaid, proved to me through satisfactory evidence of identification which was _Personally Known to me_ to be the person whose name is signed on the preceding document and acknowledged to me that he signed it voluntarily for its stated purpose.

_Kathleen M. Kruczek_
Notary Public
My Commission Expires:

KATHLEEN M. KRUCZEK
NOTARY PUBLIC
MY COMMISSION EXPIRES
SEPTEMBER 4, 2013

BARNSTABLE REGISTRY OF DEEDS

# EXHIBIT <u>D</u>



A



SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**LOUISON, COSTELLO, CONDON & PFAFF, LLP**
**LCCP CHECKING**
101 SUMMER ST 4TH FL
BOSTON, MA  02110

WEBSTER BANK
BOSTON, MA 02110
53-7023/2113

1458

10/3/2014

PAY TO THE
ORDER OF    Land Court

$ **270.00

Two Hundred Seventy and 00/100*************************************************************

DOLLARS

Land Court

MEMO
    Mashpee Town Counsel re Emmeluth

AUTHORIZED SIGNATURE

⑈"001458"⑈ ⑆211370231⑆10 9320245306"⑈