APPEALS COURT
Full Court Panel Case
Case Docket

ROBERT A. WOLPE & others vs. TRUSTEES OF SN TRUST & others
2020-P-0294

## CASE HEADER

| | | | |
|---|---|---|---|
| Case Status | Closed: appeal dismissed | Status Date | 03/04/2021 |
| Nature | Real Estate | Entry Date | 02/25/2020 |
| Appellant | Plaintiff | SJ Number | |
| Brief Status | | Case Type | Civil |
| Panel | | Brief Due | |
| Citation | | Argued/Submitted | |
| Lower Court | Land Court | Decision Date | |
| Lower Ct Judge | Keith C. Long, J. | TC Entry Date | 10/03/2014 |
| FAR Number | | SJC Number | |

### INVOLVED PARTY / ATTORNEY APPEARANCE

**Robert A. Wolpe**
Plaintiff/Appellee
Stay vacated
Red brief filed
5 Enls, 148 Days

Brian M. Hurley, Esquire
John E. Bowen, Esquire

**John J. Weltman**
Plaintiff
Stay vacated

Brian M. Hurley, Esquire
John E. Bowen, Esquire

**Michelle A. Wolpe**
Plaintiff/Appellee
Stay vacated
Red brief filed
5 Enls, 148 Days

Brian M. Hurley, Esquire
John E. Bowen, Esquire

**James C. Atkins Jr.**
Plaintiff
Stay vacated

Brian M. Hurley, Esquire
John E. Bowen, Esquire

**Webster Bank National Association**
Plaintiff

Brian M. Hurley, Esquire

**Trustees of SN Trust**
Defendant/Appellant
Blue brief & appendix filed
2 Enls, 61 Days

Edward S. Englander, Esquire - Withdrawn
John Fitzgerald Willis, Esquire
Douglas L. Whitaker, Esquire
Megan Ann Fanning, Esquire
Denise A. Chicoine, Esquire - Withdrawn
Shannon F. Slaughter, Esquire

**The Trustees of Reservations**
Defendant/Appellee
No brief expected
Due 02/26/2021
1 Enl, 35 Days

Anthony M. Feeherry, Esquire
Jennifer Schultz, Esquire

**Mary Grant**
Defendant

**Crystal Orange**
Defendant

**Stephen Orange**
Defendant

**Robert D. Emmeluth**
Defendant

Lawrence P. Heffernan, Esquire
Danielle Andrews Long, Esquire
Kendra L. Berardi, Esquire

**Town of Mashpee**
Plaintiff

Kathleen E Connolly, Esquire - Withdrawn
Patrick J. Costello, Esquire
Alexandra Hassell, Esquire - Inactive

## DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 07/31/2020 | | **** Cross Appeal **** |

| Date | # | Description |
|---|---|---|
| 02/25/2020 | #1 | Lower Court Assembly of the Record Package |
| 02/25/2020 | | Notice of entry sent. |
| 02/25/2020 | #2 | Civil Appeal Entry Form filed for Robert A. Wolpe by Attorney Brian Hurley. |
| 02/25/2020 | #3 | Civil Appeal Entry Form filed for John J. Weltman by Attorney Brian Hurley. |
| 02/26/2020 | #4 | Civil Appeal Entry Form filed for Michelle A, Wolpe by Attorney Brian Hurley. |
| 02/26/2020 | #5 | Motion to Waive Additional Fee filed for Michelle A, Wolpe by Attorney Brian Hurley. |
| 02/26/2020 | #6 | Civil Appeal Entry Form filed for James C. Atkins by Attorney Brian Hurley. |
| 02/26/2020 | #7 | Motion to Waive Additional Fee filed for James C. Atkins by Attorney Brian Hurley. |
| 02/27/2020 | #8 | Docketing Statement filed for Robert A. Wolpe, John J. Weltman, Michelle A. Wolpe and James C. Atkins Jr. by Attorney Brian Hurley. |
| 02/27/2020 | #9 | Motion of Appellant to extend date for filing brief and appendix filed for Robert A. Wolpe, John J. Weltman, Michelle A. Wolpe and James C. Atkins Jr. by Attorney Brian Hurley. |
| 02/27/2020 | | RE#5: Allowed. The appeal of Michelle A. Wolpe is entered without further payment of fee. Robert A. Wolpe and Michelle A. Wolpe shall file one unitary brief not to exceed 50 pages on or before 4/6/20. Notice |
| 02/27/2020 | | RE#7: Allowed. The appeal of James C. Atkins, Jr. is entered without further payment of fee. John J. Weltman and James C. Atkins, Jr. shall file one unitary brief not to exceed 50 pages on or before 4/6/20. Notice |
| 02/28/2020 | #10 | Civil Appeal Entry Form filed for Trustees of SN Trust by Attorney Denise Chicoine. |
| 03/02/2020 | | RE#9: Allowed to 6/8/20. *Notice |
| 03/11/2020 | #11 | Docketing Statement filed for Trustees of SN Trust by Attorney Denise Chicoine. |
| 04/17/2020 | #12 | Motion of Appellant to extend date for filing brief and appendix filed for Robert A. Wolpe, John J. Weltman, Michelle A. Wolpe and James C. Atkins Jr. by Attorney Brian Hurley. |
| 04/21/2020 | | RE#12: To the extent Appellants move for an enlargement of time to file their brief(s), the motion is allowed to 8/31/20. Not until after all Appellants' brief(s) are docketed will the Court consider a motion for enlargement of time to file a responsive brief. Accordingly, the motion to extend time for filing subsequent brief(s) is denied without prejudice to renewal upon the docketing of Appellants' brief(s). Notice sent. |
| 06/23/2020 | #13 | Motion of Appellant to extend date for filing brief and appendix filed for Robert A. Wolpe, John J. Weltman, Michelle A. Wolpe and James C. Atkins Jr. by Attorney Brian Hurley. |
| 06/24/2020 | | RE#13: To the extent Appellants move for an enlargement of time to file their brief(s), the motion is allowed to 9/30/2020. Not until after all Appellants' brief(s) are docketed will the Court consider a motion for enlargement of time to file a responsive brief. Accordingly, the motion to extend time for filing subsequent brief(s) is denied without prejudice to renewal upon the docketing of Appellants' brief(s). Notice sent. |
| 07/29/2020 | #14 | Motion of Appellant to extend date for filing brief and appendix filed for Robert A. Wolpe, John J. Weltman, Michelle A. Wolpe and James C. Atkins Jr. by Attorney Brian Hurley. |
| 07/31/2020 | | RE#14: Treating the within as a motion to stay appellate proceedings while the parties pursue settlement, it is allowed. Appellate proceedings stayed to 9/30/20. Status report due then concerning progress in settlement discussions. *Notice. |
| 09/21/2020 | #15 | MOTION to Dismiss under Rule 29(b) filed for John J. Weltman and James C. Atkins Jr. by Attorney Brian Hurley. |
| 09/21/2020 | | RE#15: Allowed only as to Appellants Atkins and Weltman and Cross-appellant Trustee of SN Trust in their claims against each other. The stay of appellate proceedings is vacated. The brief and appendix of Appellants Robert and Michelle Volpe is due on before 10/21/20. *Notice. |
| 09/24/2020 | #16 | MOTION to Dismiss under Rule 29(b) filed for Robert A. Wolpe and Michelle A. Wolpe by Attorney Brian Hurley. |
| 09/24/2020 | | ORDER: (RE#16) Any response is due on or before 10/1/20. *Notice. |
| 09/29/2020 | #17 | RESPONSE filed for Trustees of SN Trust by Attorney Denise Chicoine. |
| 09/30/2020 | | RE#16: Allowed only as to Appellants Robert and Michelle Volpe. The defendant, Trustee of SN Trust, is now designated as the appellant for purposes of the remaining appeal against Appellees Robert and Michelle Volpe. The brief and appendix of Appellant Trustee of SN Trust is due on before 10/21/20. Notice/attest |
| 10/01/2020 | #18 | Notice of withdrawal as counsel filed for Trustees of SN Trust by Attorney Denise Chicoine. |
| 10/14/2020 | #19 | Notice of appearance filed for Trustees of SN Trust by Attorney Shannon Slaughter. |
| 10/14/2020 | #20 | Motion of Appellant to extend date for filing brief and appendix filed for Trustees of SN Trust by Attorney Shannon Slaughter. |
| 10/19/2020 | | RE#20: Allowed to 12/21/2020 for the filing of Trustees of SN Trust's brief. *Notice |
| 12/14/2020 | #21 | Notice of withdrawal as counsel filed for Town of Mashpee by Attorney Kathleen Connolly. |
| 12/21/2020 | #22 | Notice of rejection of e-filed brief/appendix of Trustees of SN Trust as noncompliant for the reasons indicated on the checklist: 3, 4, 5: several documents in the appendix, 6: several documents in the appendix. Accordingly, on or before 12/31/2020, you must correct the above-listed nonconformities and submit a conforming brief and/or appendix.*Notice sent. |
| 12/21/2020 | #23 | Motion to submit Hard Copies of Full-Size Plans filed for Trustees of SN Trust by Attorney Shannon Slaughter. |
| 12/21/2020 | | RE#23: Allowed. *Notice. |

| Date | Doc | Description |
|---|---|---|
| 12/23/2020 | #24 | Notice of rejection of e-filed brief/appendix of Trustees of SN Trust as noncompliant for the reasons indicated on the checklist: 3: pagination of the addendum has not been corrected. Accordingly, on or before 12/31/2020, you must correct the above-listed nonconformities and submit a conforming brief and/or appendix.*Notice sent. |
| 12/23/2020 | #25 | MOTION to file non-conforming brief filed for Trustees of SN Trust by Attorney Shannon Slaughter. |
| 12/23/2020 | #26 | Appellant brief filed for Trustees of SN Trust by Attorney Shannon Slaughter. |
| 12/23/2020 | #27 | Appendix (Volume I of II) filed for Trustees of SN Trust by Attorney Shannon Slaughter. |
| 12/23/2020 | #28 | Appendix (Volume II of II) filed for Trustees of SN Trust by Attorney Shannon Slaughter. |
| 12/23/2020 | | RE#25: Appellant's brief and appendix are accepted for filing. It is noted that the copies in the appendix are the best available. *Notice. |
| 12/23/2020 | | **Returned eMail:** Notice of Case Entry sent to Alexandra Hassell returned as undeliverable. Notice not re-sent as counsel is inactive. No future notices will be sent to this party. |
| 12/23/2020 | | **Returned eMail:** Notice of Docket Entry RE: #25 sent to Alexandra Hassell returned as undeliverable. Notice not re-sent as counsel is inactive. No future notices will be sent to this party. |
| 12/28/2020 | #29 | MOTION of Appellee to extend brief due date filed for Robert A. Wolpe and Michelle A. Wolpe by Attorney Brian Hurley. |
| 12/29/2020 | | RE#29: Allowed to 02/22/2021. Notice sent. |
| 01/07/2021 | #30 | Letter from Robert A. Wolpe re: Copies of Over-sized Plans. |
| 02/12/2021 | | ORDER: The Trustees of Reservations has neither filed a brief nor sought an enlargement of time to file a brief. Accordingly, on or before 02/26/2021, The Trustees of Reservations is to submit a motion to enlarge the time to file the appellee's brief to a date certain. If the The Trustees of Reservations does not intend to file a brief, The Trustees of Reservations should notify the Court, in writing, by that date. If no timely submission is received from The Trustees of Reservations this appeal shall be placed in ready status to be considered by a panel. *Notice. |
| 02/22/2021 | #31 | Appellee brief filed for Robert A. Wolpe and Michelle A. Wolpe by Attorney John Edward Bowen. |
| 03/03/2021 | #32 | MOTION to Dismiss under Rule 29(b) filed for Robert A. Wolpe and Michelle A. Wolpe by Attorney Brian Hurley. |
| 03/04/2021 | | RE#32: Appeal dismissed with prejudice and without an award of costs or fees to any party, pursuant to M.R.A.P. 29(b). *Notice/Attest. |

As of 06/02/2021 9:15am