UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Matthew Haney, as Trustee of the Gooseberry Island Trust<br>Plaintiff<br><br>v.<br><br>Town of Mashpee, and Jonathan Furbush, William A. Blaisedell, Scott Goldstein, Norman J. Gould, Bradford H. Pittsley, and Sharon Sangeleer, as they are members and are collectively the Zoning Board of Appeals of the Town of Mashpee<br>Defendants | Civil Action No. 1:21-cv-10718-JGD |

## **MOTION FOR RECONSIDERTION**

The Plaintiff Matthew Haney, as trustee of the Gooseberry Island Trust ("Haney"), moves for reconsideration of this Court's March 22, 2022, decision granting Defendants' Motion to Dismiss (the "Decision"). As the basis, therefore, Haney states:

1.	This matter involves a claim that the Defendant Town of Mashpee acting through its co-Defendant, Mashpee Zoning Board of Appeals ("ZBA"), have effected "an unconstitutional regulatory taking of private property under the Fifth Amendment of the United States Constitution (Count I), and asking this court to exercise its supplemental jurisdiction over a claim of inverse condemnation under Article X of the Massachusetts Constitution and state common law (Count II)."

1

2. On March 22, 2022, the Court granted Defendants' Motion to Dismiss through the Decision.

3. The Court should reconsider the Decision because the Court made four clear errors which are;

    A. Concluding that Haney never submitted a proposal to the ZBA for a steel bridge when, in fact, Haney did submit a steel bridge proposal to the ZBA;

    B. Misreading the decision of the ZBA on the 2018 variances applications as the decisions did not deny the variances based upon the lack of approval of a bridge or ownership of the mainland;

    C. Failed to read the allegations of the Complaint in a manner favorable to the Plaintiff; and

    D. Incorrectly concluded that Haney's claims were not ripe for adjudication.

4. Haney has submitted a memorandum of law in support of this motion.

Wherefore the Court should reconsider and reverse the Decision.

/s/ Paul Revere, III
Paul Revere, III
(BBO #636200)
Law Offices of Paul Revere, III
226 River View Lane
Centerville, Massachusetts 02601
revereiii@aol.com
(508) 237-1620

Dated: April 1, 2022

I, Paul Revere, III, hereby certify that on April 1, 2022, I served the foregoing by causing a copy to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and/or paper copies will be sent to those indicated as non-registered participants.

                                          <u>/s/ Paul Revere, III</u>
                                          Paul Revere, III